# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NUMBER 4:20-CR-00318-ALM** |
| | § | |
| | § | |
| **KEITH TODD ASHLEY** | § | |
| | § | |

## ORDER SCHEDULING A DETENTION HEARING

A hearing in this case is scheduled as follows:

| **Before:** | |
|---|---|
| U.S. Magistrate Judge Kimberly C. Priest Johnson<br>United States Federal Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | **Courtroom Number:** 108 |
| | **Date:** Monday, November 23, 2020<br><br>**Time:** 2:30pm |

      **IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: <u>November 17, 2020</u>

_____
UNITED STATES MAGISTRATE JUDGE