**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **v.** | § § § § | **CASE NUMBER 4:20-CR-00318-ALM** |
| **KEITH TODD ASHLEY,** | § § | |

## ORDER

The Court set a hearing to consider the matter of Defendant's detention pending trial and Defendant waived his right to a detention hearing by the execution of waiver.

It is therefore **ORDERED** that Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

**So ORDERED and SIGNED this 23rd day of November, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE