# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:20-CR-318-ALM-KPJ-1 |
| | § |
| KEITH TODD ASHLEY (1) | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 5, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report") that Defendant Keith Todd Ashley's ("Defendant") Motion to Dismiss Count 17 for Improper Venue (the "Motion") (Dkt. #80) be denied. *See* Dkt #92. Defendant filed Objections (Dkt. #94) to the Report and the Government filed a response (Dkt. #99).

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Defendant's Objections (Dkt. #94) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

**IT IS THEREFORE ORDERED** that the Motion (Dkt. #80) is **DENIED.**

**SIGNED** this 6th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE