# KEITH ASHLEY

1-972-6586113

## APPLICATION INFORMATION

**REQUISITION NUMBER** - 1144
**DATE APPLIED** - 14 Jan 2019
**SOURCE** - Indeed

**JOB TITLE** - REGISTERED NURSE
**RECRUITER** - Not Available
**HIRING MANAGER** - Jody Lee Hodge

## PERSONAL INFORMATION

**EMAIL** - Ashmank12@aol.com
**HOME PHONE** -
**PERSONAL CELL** - 1-972-6586113
**DESIRED SALARY** - USD 50 Hourly

**ADDRESS**
1211 Boerne Court,
Lucas, 75002,
TX - Texas, Collin County, UNITED STATES

**VOLUNTARY SELF IDENTIFICATION INFORMATION** - On file

## EDUCATIONAL BACKGROUND

Certification
LAKE POINTE MEDICAL CENTER
MAJOR -
MINOR -

01 Jan 2007 - 14 Jan 2019

ASC - Associate
GRAYSON COUNTY COMMUNITY COLLEGE
MAJOR - Nursing
MINOR -

01 Jan 2000 - 01 Jan 2004

Series 63

01 Jan 2000 - 01 Jan 2004

MINOR -

**Certificate**
METHODIST MEDICAL CENTER
MAJOR -
MINOR -

01 Jan 1996 - 14 Jan 2019

**Certification**
COLLIN COUNTY COMMUNITY COLLEGE
MAJOR -
MINOR -

01 Jan 1996 - 14 Jan 2019

**Certificate**
FIELD MEDICAL SERVICE SCHOOL
MAJOR -
MINOR -

01 Jan 1996 - 14 Jan 2019

**Diploma - Primary**
LLOYD V. BERKNER HIGH SCHOOL
MAJOR -
MINOR -

01 Jan 1996 - 14 Jan 2019

## EMPLOYMENT HISTORY

**CQI**
Representative. PHI
McKinney
OK to contact this employer? - Yes

01 Jan 2008 - 31 Dec 2015

**RESPONSIBILITIES**

**PHI**
Flight Paramedic/RN
McKinney
OK to contact this employer? - Yes

01 Jan 2004 - 01 Jan 2014

**RESPONSIBILITIES**

**PHI**

01 Jan 2004 - 01 Jan 2014

McKinney
OK to contact this employer? - Yes

## RESPONSIBILITIES

**NTMM**                                      01 Jan 2001 - 01 Jan 2014
Business Owner
Allen
OK to contact this employer? - Yes

## RESPONSIBILITIES

Texas.

**PHI**                                       01 Jan 2002 - 01 Jan 2004
Flight Paramedic/RN
Sherman
OK to contact this employer? - Yes

## RESPONSIBILITIES

**AMR**                                       01 Jan 2000 - 01 Jan 2002
Assistant Critical Care Class Coordinator
OK to contact this employer? - Yes

## RESPONSIBILITIES

**AMR**                                       01 Jan 1996 - 01 Jan 2002
Operational Supervisor
Dallas
OK to contact this employer? - Yes

## RESPONSIBILITIES

Collin County and Dallas County. Supervised all
employees stationed in Collin County and Dallas
County, also prepared and managed a yearly
budget. From 2000-2002 Help with RFP/Contracts

**AMR**                                       01 Jan 1996 - 01 Jan 2000
Critical Care Flight Paramedic
Dallas
OK to contact this employer? - Yes

Worked full-time.

**AMR**                                                        01 Jan 1992 - 01 Jan 1996
Emergency Medical Technician/Paramedic
Dallas
OK to contact this employer? - Yes

**RESPONSIBILITIES**

Worked full-time in an emergency
response setting in the City of Princeton and the City of Wylie.

**RESERVE**                                                    01 Jan 1990 - 01 Jan 1996
Hospital Corpsman. UNITED STATES NAVAL
Dallas
OK to contact this employer? - Yes

**RESPONSIBILITIES**

Worked full-time.

**RESERVE**                                                    01 Jan 1991 - 01 Jan 1992
Emergency Medical Technician. MTS
Dallas
OK to contact this employer? - Yes

**RESPONSIBILITIES**

Worked full-time.

# SKILLS

No information available

# LICENSES AND CERTIFICATIONS

Emergency Medical Technician
Expires On -

Paramedic

Certificate

Expires On -

Pre-Hospital Trauma Life Support Certificate

Expires On -

Critical Care Certification

Expires On -

Instructor Certification

Expires On -

Registered Nurse

Expires On -

Series 6

Expires On -

Series 63

Expires On -

Registered Nurse

Expires On -

Texas. Graduated 2004. Registered Nurse Program

Expires On -

---

## MEMBERSHIPS

**AMERICAN HEART ASSOCIATION**

Issued By -

Expires On -

---

## RESUME

---

**014A005**

 RNRESUME.PDF

## QUESTION RESPONSES

**QUESTION**

**KNOCKED OUT STATUS**

Q1. Are you a Veteran?
A1. Yes

Q2. Are you able to work evening or weekend shifts?
A2. Yes

Q3. Do you have a valid BLS?
A3. Yes

Q4. Do you have a valid RN license with the State of Texas?
A4. Yes

Q5. Have you previously been employed at Doctor's Hospital, Baylor Scott & White at White Rock, or City Hospital at White Rock? if yes when and where.
A5. No

## SELF-ATTESTATION

I understand and agree that:

I have reviewed this application carefully and I hereby affirm that my statements and answers to all questions on this application are true and correct and that I have not knowingly withheld any fact or circumstance that, if disclosed, would affect my application unfavorably. I understand that any misstatement or omission of fact on this application will result in my application not being considered, and if employed, may lead to disciplinary action up to and including termination.

**KEITH ASHLEY**

14 Jan 2019

## SCREENING

**CONSENT -**
**CURRENT STATUS -** Consent not available
**CANDIDATE REQUESTED A COPY OF THE REPORT(S) -**
**DRIVERS'S LICENSE NUMBER -** Not on File
**DRIVER'S LICENSE STATE/PROVINCE -**

## INTERVIEWS AND EVALUATION

No information available

## APPLICATION STATUS HISTORY

| STATUS | CHANGED DATE | CHANGED BY |
|---|---|---|
| NEW APPLICATION | 14 JAN 2019 | |

## NOTES

**KEITH ASHLEY    14 Jan 2019**

I am a Team player.

## COMMUNICATION HISTORY

**CRYSTAL.MCFADDEN@CITYHOSPITAL.US    14 Jan 2019**
Thank you for your interest in a career with our City Hospital

Thank you for your interest in a position at City Hospital at White Rock and for taking the time to apply with us. Please give us some time so that we can closely review your resume. If we are interested in speaking with you further you will receive a phone call or email from us.

Again, thank you so much for your interest in City Hospital at White Rock!

**014A007**

Sincerely,

Crystal McFadden

---

## UPLOADED FILES

No information available

---

9/8/2020                                                          Student and Group Transcript

## Student and Group Transcript Report
REPORT GENERATED: Sep 08, 2020, 4:05 pm ET

**HealthStream**₀

City Hospital
### ASHLEY, KEITH
**Transcript Range:** Jan 1, 2019 through Sep 8, 2020
**Report Generated:** Sep 08, 2020, 4:05 pm ET

## CONTINUING EDUCATION EARNED

| TYPE | NUMBER EARNED |
|------|---------------|
| Admin-Entered | 0.00 |
| Courses | 21.10 |
| Self-Entered | 0.00 |

## COMPLETIONS

Total Completions: 38 | Estimated Time: 35:28

| NAME | ESTIMATED TIME* | COMPLETION DATE |
|------|-----------------|-----------------|
| Genentech Stroke: Activase® (alteplase) in Clinical Practice | 1:06 | 06/02/2020 |
| Stroke Complications: Dysphagia (Nursing) - 20-411663 | 1:05 | 06/02/2020 |

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|-------------|-----------------|---------|-------------------|
| CNE | 1.00 Contact Hour(s) | Other | (TX) |
| CNE | 1.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |

| NAME | ESTIMATED TIME* | COMPLETION DATE |
|------|-----------------|-----------------|
| APEX Innovations: NIH Stroke Scale Training and Certification (free course) | 3:00 | 06/01/2020 |

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|-------------|-----------------|---------|-------------------|
| CME; CNE, CE | 3.00 CME; CNE, CE | | |

| NAME | ESTIMATED TIME* | COMPLETION DATE |
|------|-----------------|-----------------|
| Assessment Diagnostic Tests and Treatment for Acute Coronary Syndrome (ACS) - 20-171300 | 1:07 | 04/28/2020 |

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|-------------|-----------------|---------|-------------------|
| CNE | 1.00 Contact Hour(s) | | |

9/8/2020                                                   Student and Group Transcript

**Falls Prevention: Tools and Strategies - 20-393882**                              1:20          12/17/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE - Florida | 1.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |
| CNE - California | 1.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |

**Reducing Total Pain at the End of Life**                                          0:35          12/17/2019

**The Transfer Challenge**                                                          0:30          12/17/2019

**Active Shooter Response in Healthcare Settings (PA) - An HCCS Regulatory Course**  0:26          10/24/2019

**Environment of Care**                                                             0:10          10/24/2019

**Transmission-Based Precautions: Airborne (PA) - KnowledgeQ**                      0:49          10/24/2019

**Transmission-Based Precautions: Contact and Droplet (PA) - KnowledgeQ**           0:40          10/24/2019

**CyberSecurity Awareness**                                                         0:10          10/22/2019

**EMTALA**                                                                          0:10          07/30/2019

**Recognizing and Responding to Human Trafficking in a Healthcare Context – Powered by HealthStream**   0:30          07/30/2019

**Elder Abuse: What You Need to Know (for Administrators and Healthcare Assistants)**   0:40          07/01/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CE | 0.50 Contact Hour(s) | | |

**The aging skin: Understanding skin changes that make our residents more susceptible to breakdown, common areas of wound development, and stages of pressure injuries**   1:15          07/01/2019

**The Confused Resident: Strategies for Quality Care**                              1:00          07/01/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE - Florida | 1.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |
| CNE - California | 1.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |
| CNE | 1.00 Contact Hours | Registered Nurses | 709488 (TX) |

**Genentech Stroke: Activase® (alteplase) in Clinical Practice**                    1:06          05/30/2019

9/8/2020         Student and Group Transcript

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE | 1.50 Contact Hour(s) | Registered Nurses | 709488 (TX) |
| CNE | 1.50 Contact Hour(s) | Other | (TX) |

**Coronary Artery Disease (CAD) - 20-172722**      0:53    03/14/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE | 0.50 Contact Hour(s) | Registered Nurses | 709488 (TX) |
| CNE | 0.50 Contact Hour(s) | Other | (TX) |

**Developmentally Appropriate Care of the Pediatric Patient (PA) - An HCCS Regulatory Course**      0:11    03/14/2019

**Moderate Sedation/Analgesia - 20-172812**      1:23    03/14/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE | 1.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |
| CNE | 1.00 Contact Hour(s) | Other | (TX) |

**APEX Innovations: NIH Stroke Scale Training and Certification (free course)**      3:00    02/13/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE | 3.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |

**Assessment Diagnostic Tests and Treatment for Acute Coronary Syndrome (ACS) - 20-171300**      1:07    02/13/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE | 1.10 Contact Hour(s) | Registered Nurses | 709488 (TX) |

**Deep Vein Thrombosis (DVT) and Pulmonary Embolism (PE) Nursing Intervention Guide - Independent Study**      1:01    02/13/2019

| CREDIT TYPE | CE CREDIT/UNITS | LICENSE | LICENSE # (STATE) |
|---|---|---|---|
| CNE | 1.00 Contact Hour(s) | Other | (TX) |
| CNE | 1.00 Contact Hour(s) | Registered Nurses | 709488 (TX) |

**Developmentally Appropriate Care of the Adult Patient (PA) - An HCCS Regulatory Course**      0:55    02/13/2019

**Legacy: BD-CareFusion (Alaris®) System and IV Sets and Accessories – Basic**      1:10    02/13/2019

**ACCU-CHEK® Inform II Interactive Learning Tool**      0:45    02/12/2019

Student and Group Transcript

| Rapid Regulatory Compliance: Clinical II - An HCCS Regulatory Course | 0:55 | 02/12/2019 |

\*Estimated Times are stated in hours:minutes format.

LEGEND ▤ = Course

**Health**Stream.
Copyright © 2020 HealthStream, Inc. All Rights Reserved.
Build 13.01.28.895.760 | AO:66442

9/8/2020                                                                          Student and Group Transcript

Copyright © 2020 HealthStream, Inc. All Rights Reserved.

Build 13.01.28.895.760 | AO:66442

Name: Keith Ashley

## RN ORIENTATION CHECKLIST

☑ Environment of Care Department Orientation

☑ All about you Information Sheet

☑ Pyxis Form – Medication Omnicell *faxed*

☑ ICare Form

☑ Lab Attestation

☑ AIDET Competency Assessment

☑ Splint Competency

☑ tPA Reconstitution Competency

☑ Blood Culture Competency

☑ IV Stop Time Attestation

☑ RN Competency

☑ Sitter Competency

☑ Scavenger Hunt

☑ Healthstream Information

☑ Assigned Locker _____

☑ Crew App

| Orientation Shifts | | |
|---|---|---|
| Date | Shift | Preceptor |
| 2/14/19 | 10-2 | Chris Vanston |
| 2/8 | 7a | |
| 2/19 | 7a | |
| 2/23 | 7a | |
| 2/26 | 7a | |
| 2/27 | 7a | |
| 2/28 | 7a | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*I canned to HP*

**City Hospital at White Rock**
Environment of Care Department Orientation

*Keith Ashley*

Employee                                    Hospital/Department

CITY HOSPITAL
at White Rock

2/11/19
Date of Hire

**Return completed form to Manager:**

2/26/19
Due Date (within the first 15 days of employment)

| ACTIVITY / COMPETENCY | DATE REVIEWED | EMPLOYEE'S INITIALS | PRECEPTOR'S INITIALS & COMMENTS |
|---|---|---|---|
| **General Information:** | — | — | — |
| **I. Position Description / Personnel / Admin.** | | | |
| 1. Review of specific responsibilities in job description | 2-14-09 | KTA | |
| 1. Keys, Security Access Doors, Desk/Locker Space, pagers, phone systems and phone numbers | 2-14-19 | KTA | |
| 2. Dept/Organizational Chart, Lines of authority | 2-14-19 | KTA | |
| 3. Initial 90-Day Competencies/Employment period | 2-14-19 | KTA | |
| 4. Annual Competencies and Performance Review | 2-14-19 | KTA | |
| 5. Annual .edu requirements | 2-14-19 | KTA | |
| 6. Licensure/Certification verification & renewals | 2-14-19 | KTA | |
| 7. Staff Meetings | 2-14-19 | KTA | |
| 8. Hospital & Department tour | 2-14-19 | KTA | |
| 2. Introduction to co-workers | 2-14-19 | KTA | |
| 3. Performance Management/Improvement | 2-14-19 | KTA | |
| **II. Work Schedules** | | | |
| 9. Departmental schedules and work shifts | 2-14-19 | KTA | |
| 10. Clocking procedures, manual time log, and pay schedule | 2-14-19 | KTA | |
| 11. Attendance, absenteeism, tardiness policy | 2-14-19 | KTA | |
| 12. PTO/special request procedures | 2-14-19 | KTA | |
| 13. Authorization procedure for overtime | 2-14-19 | KTA | |
| 4. Work hours, call back (if applicable) breaks and lunch periods | 2-14-19 | KTA | |
| 14. Weekends, holiday scheduling | 2-14-19 | KTA | |
| **III. Department Operational Standards** | — | — | |
| 15. Dress Code | 2-14-19 | KTA | |
| 16. Location & review of departmental operational manual | 2-14-19 | KTA | |
| 5. Location & Accessing: EOC, Admin., EOP online manuals and other online policies & procedures. | 2-14-19 | KTA | |
| **Environment of Care, Patient Safety, & Infection Control:** | — | — | |
| **IV. Plant, Technology and Safety Management** | — | — | |
| A. Departmental Fire Safety Plan | — | — | |
| 17. Specific roles/responsibilities during a Code Red. | 2-14-19 | KTA | |
| 18. Location of: exits, extinguishers, fire hoses, alarm pull Boxes, & oxygen shut off | 2-14-19 | KTA | |
| 19. Specific roles and responsibilities in preparing for building evacuation | 2-14-19 | KTA | |
| 1. Location and proper use of equipment for evacuation/transport. Compartmentalization procedures for containing smoke/fire. | 2-14-19 | KTA | |
| B. Security Program | — | — | |
| 20. Processes for minimizing risks for personnel and property in security sensitive areas | 2-14-19 | KTA | |
| 6. Process for minimizing security risks for: infant/peds population or no info patients | 2-14-19 | KTA | |
| 7. Theft Prevention- lock up belongings, use locks with your locker, or locked drawer. Hide | 2-14-19 | KTA | |

| ACTIVITY / COMPETENCY | DATE REVIEWED | EMPLOYEE'S INITIALS | PRECEPTOR'S INITIALS & COMMENTS |
|---|---|---|---|
| belongings/electronics in your vehicle and lock your vehicle at all times. | 2-14-19 | KTA | gd |
| 4. Suspicious Activity- report suspicious persons or activity to Security by calling the operator. | 2-14-19 | KTA | gd |
| 21. Security Staff hours, escorts if needed | 2-14-19 | KTA | gd |
| **C. Hazardous Materials and Wastes** | — | — | |
| 8. Accessing SDS sheets location, phone line - policy in EOC online manual | 2-14-19 | KTA | gd |
| 9. Emergency procedures for hazardous material and waste spills. Potential health hazards of mishandling hazardous materials | 2-14-19 | KTA | gd |
| 10. For all appropriate personnel, reporting procedures for hazardous materials and waste incidents, including spills or exposures. Location of spill kits. | 2-14-19 | KTA | gd |
| 22. Code Orange – Activation of Radiation Plan. | 2-14-19 | KTA | gd |
| **ACTIVITY / COMPETENCY** | **DATE REVIEWED** | **EMPLOYEE'S INITIALS** | **PRECEPTOR'S INITIALS & COMMENTS** |
| 23. Radiation safety sign and restricted access | 2-14-19 | KTA | gd |
| 11. Medical gas/vacuum panel locations and who to call if it alarms (if applicable) | 2-14-19 | KTA | gd |
| 24. Locations of eye wash stations. | 2-14-19 | KTA | gd |
| **D. Disaster/Emergency Preparedness** | — | — | |
| 12. Information and skills required to perform duties during an emergency and location of emergency equipment | 2-14-19 | KTA | gd |
| 13. Backup communications system used during disasters and emergencies (red phones) | 2-14-19 | KTA | gd |
| 14. How supplies/equipment are obtained during disasters and emergencies. | 2-14-19 | KTA | gd |
| 25. Evacuation if applicable | 2-14-19 | KTA | gd |
| **E. Emergency Codes Specific Roles & Procedures** | — | — | |
| 26. Code Blue – Location of crash cart | 2-14-19 | KTA | gd |
| 15. Code Red – Fire (pull stations, exits, extinguishers, RACE, PASS) | 2-14-19 | KTA | gd |
| 27. Code Yellow – Disaster | 2-14-19 | KTA | gd |
| 28. Code Pink – Adult or Child Abduction | 2-14-19 | KTA | gd |
| 29. Code Brown – Bomb Threat | 2-14-19 | KTA | gd |
| 2. All other codes pertaining to specific hospital. | 2-14-19 | KTA | gd |
| **F. Incident/Occurrence Reports** | — | — | |
| 3. Employee Injury/Incident form – work-related accidents involving employees (where located in department) | 2-14-19 | KTA | gd |
| 4. ESRM on-line occurrence report– involving patients, visitors, students, volunteers, MDs, etc. (how to access) | 2-14-19 | KTA | gd |
| **V. Infection Control and Standard Precautions** | — | — | |
| 30. Role and responsibilities of staff members in the surveillance, prevention, and control of infection | 2-14-19 | KTA | gd |
| 31. Location of Personal Protective Equipment (PPE) | 2-14-19 | KTA | gd |
| 32. Employee fit tested and location of negative flow rooms (if applicable) | 2-14-19 | KTA | gd |
| 1. Location of isolation & latex caddies, supplies, sinks, | 2-14-19 | KTA | gd |
| 2. Isolation protocol | 2-14-19 | KTA | gd |
| 3. Hand washing and hand hygiene | 2-14-19 | KTA | gd |
| **VI. Quality Improvement Process** | — | — | |
| 1. Staff member's role and responsibilities in the performance improvement process | 2-14-19 | KTA | gd |

















| Care Area Name | Location | Station Name | Source System | Transaction Date/Time | User Name | User ID | User Type | Order Number | Patient Name | Patient ID | Encounter ID | Transaction Type | Med ID | Med Description | Generic Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N/A | ER | Pyxis MedStation system | 12/17/2019 11:43:31 | ASHLEY, KEITH | KTA0609 | | | ███████ | 151160360 | | Vend | 12391 | etomidate 2 mg/ml 20 ml vial | etomidate |

DAILY ASSIGNMENT SHEET

| Daily Staffing: | Tuesday | Date: | 12-17-19 |
|---|---|---|---|
| **DAY shift** | | | |
| CHARGE RN DAYS | Rebecca | | |
| 7a-7p RN | Elene Flock | | |
| 7a-7p RN | Kristi TR | | |
| 7a-7p RN | Jacyln 5-7,12 | | |
| 7a-7p RN | Keith 1-4 | | |
| 7a-7p Tech | Tony | | |
| 7a-7p SEC | covered /gina | | |
| **MID shift** | | | |
| ~~9a-9p~~ RN 7a-7p | Kristin 8-11 | / Spencer | |
| 11a-11p Tech | Jacob | | |
| **NIGHT shift** | | | |
| CHARGE RN NIGHTS | Brandi | | |
| 7p-7a RN | Castro 5-7,12 | | |
| 7p-7a RN | Stephanie (1-4) | | |
| 7p-7a RN | Kendra (FT) | | |
| 7p-7a RN | Michelle 8-11 | | |
| 7p-~~3a~~ RN 7p | Eve - triage | | |
| 7p-7a Tech | 11p-7a Andrew | | |
| 7p-~~7a~~ SEC 5a | Jared | | |
| **Additional info** | | | |