| Care Area Name | Location | Station Name | Source System | Transaction Date/Time | User Name | User ID | User Type | Order Number | Patient Name | Patient ID | Encounter ID | Transaction Type | Med ID | Med Description | Generic Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N/A | ER | Pyxis MedStation system | 12/17/2019 11:43:31 | ASHLEY, KEITH | KTA0609 | | | ▮ | 151160360 | | Vend | 12391 | etomidate 2 mg/ml 20 ml vial | etomidate |

## DAILY ASSIGNMENT SHEET

| Daily Staffing: | Tuesday | Date: | 12-17-19 |
|---|---|---|---|
| **DAY shift** | | | |
| CHARGE RN DAYS | Rebecca | | |
| 7a-7p RN | Elene Flood | | |
| 7a-7p RN | Kristi TR | | |
| 7a-7p RN | Jacyln 5-7,12 | | |
| 7a-7p RN | Keith 1-4 | | |
| 7a-7p Tech | Tony | | |
| 7a-7p SEC | covered /gina | | |
| **MID shift** | | | |
| ~~9a-9p~~ RN 7a-7p | Kristin 8-11 | / Spencer | |
| 11a-11p Tech | Jacob | | |
| **NIGHT shift** | | | |
| CHARGE RN NIGHTS | Brandi | | |
| 7p-7a RN | Castro 5-7,12 | | |
| 7p-7a RN | Stephanie (1-4) | | |
| 7p-7a RN | Kendra (FT) | | |
| 7p-7a RN | Michelle 8-11 | | |
| 7p-~~3a~~ RN 7p | Eve - triage | | |
| 7p-7a Tech | 11p-7a Andrew | | |
| 7p-~~7a~~ SEC 5a | Jared | | |
| **Additional info** | | | |

**014B002**