

**014C001**