

# TEXAS COMMISSION ON LAW ENFORCEMENT

Kim Vickers
Executive Director

September 16, 2022                                   *via email*: jdrennie@fbi.gov

Special Agent Jason Rennie
One Justice Way
Dallas, TX 75220

To Whom It May Concern:

The Texas Commission on Law Enforcement (TCOLE) received a subpoena duces tecum for Cause No. 4:20CR318. Included is the responsive information.

Sincerely,

Rainee Trevino
Public Information Coordinator

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| -vs- | § § | No. 4:20CR318 |
| Keith Todd Ashley | § § | Judge Mazzant |

## DECLARATION
[Pursuant to Federal Rules of Evidence 803(6) and 902(11)]

My name is **Rainee Trevino**. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein:

I am the custodian of the records of **Texas Comm'n on Law Enforcement**. Attached hereto are **3** pages of records of **Texas Comm'n on Law Enforcement**.

I, **Rainee Trevino**, as custodian of records of **Texas Comm'n on Law Enforcement**, do hereby certify that the records referenced above and attached hereto (1) were made at or near the time of the events recorded therein (2) by, or from information transmitted by, a person with knowledge of the matters recorded therein; (3) were kept in the course of the regularly conducted business activity of **Texas Comm'n on Law Enforcement**; (4) it was the regular practice of the business activity to keep such records; and, (5) the records attached are the originals or duplicates of the originals.

I do hereby declare under penalty of perjury, as provided in 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this the **16** day of **September**, 2022.

*Rainee Trevino*
Declarant

**036002**

# TEXAS COMMISSION ON LAW ENFORCEMENT

6330 E HIGHWAY 290 STE 200
AUSTIN, Texas 78723-1035
(512) 936-7700
http://www.tcole.texas.gov/

## F-5   REPORT OF SEPARATION OF LICENSEE

**LICENSEE PERSONAL INFORMATION (Occupations Code 1701.452(c))**

| 1. First Name | 2. M.I. | 3. Last Name (If name has changed please attach changes) | 4. Suffix (Jr., etc.) |
|---|---|---|---|
| KEITH | T | ASHLEY | |

| 5. TCLEOSE PID or SSN | 6. Date of Birth | 7. Home Mailing Address |
|---|---|---|
| 7849 | 6/9/1972 | |

| 8. City | 9. State | 10. Zip Code | 11. Phone Number |
|---|---|---|---|
| | | | |

**12. APPOINTMENT(S)     (Check all that apply)**

| [X] Peace Officer | [ ] Reserve | [ ] County/Contract Jailer | [ ] Temp. Jailer |
|---|---|---|---|
| [ ] Medical Corporation P.O. | | [ ] Public Security Officer | |

| 13. TCLEOSE Agency Number | 14. Appointing Agency | 15. Agency Mailing Address |
|---|---|---|
| 085201 | WYLIE POLICE DEPT. | 2000 N HIGHWAY 78 |

| 16. City | 17. County | 18. Zip Code | 19. Phone Number |
|---|---|---|---|
| WYLIE | COLLIN | 75098-6043 | (972) 442-8170 |

**Please fill in all the blanks.**

20. Date Licensee Started with Agency:   5/13/1997    21. Date of Separation:   2/17/1998

22. Terms of Separation:   [ ] Resigned   [ ] Terminated   [ ] Other

23. Explanation of the circumstances under which the person resigned or was terminated (Occupations Code 1701.452(a)(1)).
**Please Summarize (not to exceed 5 pages).**


24. DESIGNATION OF SEPARATION (Occupations Code 1701.452(a)(2)):

[ ] Retired - left the agency in good standing and is elegible to collect pension
[ ] Died – officer who dies for any reason other than killed in the line of duty
[ ] Disabled – unable to fulfill the officer's duties as a peace officer because of injury or illness
[ ] Killed in the line of duty – killed while performing the officer's duties as a peace officer in or outside this state
[ ] Honorably Discharged – left the agency in good standing to pursue other career interests or for personal reasons other than retirement and did not leave while under investigation for a criminal violation or while facing disciplinary action including suspension, demotion, or termination
Generally Discharged – left the agency (check one):
  [ ] for less than honorable reasons but did not leave the agency because of pending or final disciplinary action
  [ ] while under investigation for a criminal violation or in lieu of disciplinary action including suspension, demotion or termination
[ ] Dishonorably Discharged – terminated for a violation of law or department policy or for other substantiated misconduct

[ ] Copy of F-5 sent to individual as required by Occupations Code 1701.452(b)(2).

**I, chief administrator or designee, attest that this is a true and accurate explanation of the cicumstances under which this person resigned or was terminated.**

| Agency Administrator (Type or Print) | Signature | Date |
|---|---|---|
| | 036003 | |

F-5 Separation  1/1/2006 — Page 1 of 1

# Texas Commission On Law Enforcement

## Personal Status Report

| **Name** | **TCOLE ID (P ID)** | **STATUS** |
|---|---|---|
| KEITH T. ASHLEY | 2627 | |

| **Citizen** | **Race** | **Gender** |
|---|---|---|
| Yes | White | Male |

## Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| | 0 | High School | | |
| Total Higher Education Hours | 0 | | | |
| Total Higher Education Points | 0 | | | |
| Total MilitaryTraining Hours | 0 | | | |
| Total | 0 | | | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer | WYLIE POLICE DEPT. | Peace Officer License | 5/13/1997 | 2/17/1998 | 0 years, 9 months |
| Peace Officer | KRUGERVILLE POLICE DEPT. | Peace Officer License | 10/16/1996 | 6/11/1997 | 0 years, 8 months |
| Peace Officer | MCKINNEY FIRE DEPT. | Peace Officer License | 1/5/1996 | 5/1/1996 | 0 years, 4 months |
| Peace Officer | KRUGERVILLE POLICE DEPT. | Peace Officer License | 9/6/1995 | 1/27/1996 | 0 years, 5 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 2 years, 0 months |
| Total officer time | 2 years, 0 months |

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | | |
| | | Granted | 12/6/1995 |
| | | Inactive | 8/31/2012 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 12/1/1995 |

9/16/2022

036004

Page Number: 1

# Texas Commission On Law Enforcement

## Personal Status Report

### Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 5/4/1995 | Collin College Law Enforcement Academy | Basic Peace Officer |

### Courses Completed

**09/01/1995 - 08/31/1997**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3939 | Cultural Diversity | 6/24/1997 | 8 | North Central Texas Reg. Academy | Cultural Diversity (Intermediate) |
| 3232 | Special Investigative Topics | 6/23/1997 | 10 | North Central Texas Reg. Academy | Special Investigative Topics (Intermediate) |
| | | **Unit Hours** | 18 | | |

**09/01/1993 - 08/31/1995**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000 | Basic Peace Officer | 5/4/1995 | 560 | Collin College Law Enforcement Academy | Cultural Diversity (Mandate) Special Investigative Topic (Mandate) |
| | | **Unit Hours** | 560 | | |
| | | **Total Hours** | 578 | | |

### Total Hours

| | |
|---|---|
| **Total Career/Professional Hours** | 0 |
| **Total TCOLE Course Hours** | 578 |
| **Total Hours** | 578 |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.

9/16/2022

036005

Page Number: 2