



**Extraction Report** - Cellebrite Reports

## SMS Messages (1)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | SMSC | Status | Source Info | Message | Deleted | * |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Inbox | **From** +19726586113 Keth Ashley * **Direction:** Incoming | **Time** 3/12/2019 4:09:25 PM(UTC+0) | +12063130055 | Read | **Source:** Phone | Are you intrested in 24 month UIT I spoke to you about? **Source Extraction:** Advanced Logical | | 🏷 |

**042B001**




**Extraction Report** - Cellebrite Reports

## SMS Messages (1)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | SMSC | Status | Source Info | Message | Deleted | * |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Inbox | **From** +19726586113 **Keth Ashley *** **Direction:** Incoming | **Time** 3/21/2019 12:25:16 AM(UTC+0) | +12063130055 | Read | **Source:** Phone | I believe 8-9 % I will check once I get home tonight at Office **Source Extraction:** Advanced Logical | | 🏷 |

**042B002**