11/3/2020



Bank of America | Online Banking | Accounts | Account Details | Account Activity

Online Banking

## Adv Tiered Interest Chkg - 7321: Account Activity Transaction Details

**Check number:** 00000001195

**Post date:** 12/10/2019

**Amount:** -20,000.00

**Type:** Check

**Description:** Check

**Merchant name:** Check

**Transaction category:** Cash, Checks & Misc: Checks

*[Check image: Leonid Shteyngart, Frisco, TX 75035; 1195; dated 17/10/2019; Pay to the order of KBKK; $20,000.00; Twenty thousand and 00/100 Dollars; Bank of America; ACH RT 111000025; Memo: FSL417982; Signed L. Shteyngart]*