

**044A001**