

Page 1 of 1

**044B001**