Designer Checks 1-800-659-7098 www.designerchecks.com

MR. OR MRS. DENNY M. WILLMON

HOUSTON, TX 77083

88 2265/1131

372

Date 3/12/19

Pay to the Order of KBKK    $20,000 00/xx

Twenty Thousand & no/100    Dollars

PROSPERITY BANK
WWW.PROSPERITYBANKUSA.COM  713-693-9300

For Acct - RWQ-1751009    Denny M Willmon

⑈113122655⑈    0372

045A001