From: Keith Ashley <keith@northtexasmoney.com>
Sent: Sunday, April 26, 2020 4:56 PM
To: Denny Willmon
Subject: Re: KBKK Update

I will call you Monday .
Keith Ashley

On Apr 26, 2020, at 4:33 PM, Denny Willmon <denny.willmon@sbcglobal.net> wrote:

Hi Keith,

Just wanted to update you on our KBKK bank deposits.

Here is the deposit dates that indicate one month is still missing:

| Date | Amount | Note |
|---|---|---|
| October 18, 2019 | $645.54 | Last old deposit amount |
| November 26, 2019 | $770.79 | New deposit amount. |
| December 31, 2019 | $770.79 | New deposit amount |
| January 2020 | $ 0 | No deposit |
| February 24, 2020 | $1541.59 | Deposit for both January and February at new amount |
| March 2020 | $ 0 | No Deposit |
| April 24, 2020 | $770.79 | New deposit amount   (It seems this should have also including March) |

Also, maybe the random deposit dates may suggest something about the problem. Likely not.

Let me know Monday what you think.

Thanks

Take care,

Denny


Securities offered through Parkland Securities, LLC, member FINRA/SIPC.

046001