

**079001**



**079002**



079003



**079004**



079005



079006



**079007**



**079008**



079009



**079010**



079011



**079012**



079013



079014



**079015**



**079016**



**079017**



**079018**



**079019**



**079020**



**079021**



**079022**



**079023**



079024



**079025**



**079026**



**079027**



Dida

I have been struggling for a while. My dad dies years ago and my brother killed himself last year. My best friend died , that I found dead in his house. I want you to love Josh with all your heart. I can not take this pain anymore. My last friend Keith Ashley will help you with 972-658-6113.

I love you



**079029**



**079030**



**079031**



**079032**



**079033**



079034



**079035**



079036



**079037**



**079038**



079039



079040



079041



**079042**



**079043**



**079044**



**079045**



**079046**



**079047**