

080003