# FBI CELLULAR ANALYSIS SURVEY TEAM





096001

SA Mark W. Sedwick

FBI Dallas Division

Telephone Numbers:
AT&T **972-658-6113**

Report Date: 08/03/2022

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

1

# Historical Cell Site Analysis



**1.        Background**

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the Eastern District of Texas US Attorney's Office to analyze cell phone records for 972-658-6113 ("target cell phone"), believed to be associated with a homicide on February 19, 2020.

**2.        Methodology**

An analysis was performed on the call detail records obtained for the target cell phone.  The call detail records documented the network interaction to and from the target cell phone.  Additionally, the records documented the cell tower and cell sector ("cell site") which served the cell phone during this activity. Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the target cell phone when it initiated contact with the network.

**2.1        Cell Site Locations**

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service providers. The cell sites associated with the target cell phone, were located utilizing the mapping software and the plotted cell site data.

**3.        Conclusions**

A historical cell site analysis was performed on the call detail records for the target cell phone.  The methods detailed in Sections 2 and 2.1 were used to produce the attached historical cell site analysis.

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

096002

# Sector Orientations



EXAMPLE ONLY
EACH CELL SITE ORIENTATION CAN VARY







Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

3

# Cell Tower and Sector Usage Illustration



Cell towers and sectors showing usage are illustrated on the following maps using this symbol:



The shaded areas inside sector arms are not illustrative of a minimum or maximum coverage area of the cell tower and sector, but rather demonstrate the direction the sector's antennas on the cell towers are oriented. These symbols will illustrate the cell sites and sectors utilized during the time period of analysis and the general area where the cellular telephone was located.

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

# Target Phone & Map Legend



972-658-6113
Provider: AT&T
Associated with:
Keith Ashley



Crime Scene
2114 Cannes Drive
Carrollton, Texas



Keith Ashley Residence
1211 Boerne Court
Allen, Texas



Nine Band Brewing
13 Prestige Circle
Allen, Texas



AT&T Tower



096005

Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.

## Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

February 19, 2020 7:29 AM to 8:43 AM





**Legend:**
- Crime Scene (red)
- Keith Ashley Residence (green)
- Nine Band Brewing (purple)

**CID 133372190**
02/19/2020
972-658-6113: 8:43:17 AM, Ashley, Incoming Call, Voice, 128

**CID 133852930**
02/19/2020
972-658-6113: 7:29:03 AM, Ashley, Outgoing Call, Voice, 128
972-658-6113: 7:32:14 AM, Ashley, Outgoing Call, Voice, 128

**Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.**

## Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

February 19, 2020 8:49 AM to 8:57 AM





**CID 133629955**

**02/19/2020**
972-658-6113; 8:49:18 AM, Ashley; Incoming Call; Voice, 233
972-658-6113; 8:49:19 AM, Ashley; Incoming Call; Voice, 233

096007

**Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.**

## Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

February 19, 2020 8:49 AM to 8:57 AM





**CID 133629955**
02/19/2020
972-658-6113: 8:49:18 AM, Ashley; Incoming Call, Voice, 233
972-658-6113: 8:49:19 AM, Ashley, Incoming Call, Voice, 233

**CID 133508381**
02/19/2020
972-658-6113: 8:50:40 AM, Ashley, SMS, 30

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**   8

### Historical Cell Site Analysis
Cell Site Activations for **972-658-6113**

February 19, 2020 8:49 AM to 8:57 AM





**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.**

9

# Historical Cell Site Analysis
Cell Site Activations for **972-658-6113**

February 19, 2020 8:49 AM to 8:57 AM





**CID 133629955**
02/19/2020
972-658-6113; 8:49:18 AM; Ashley; Incoming Call; Voice; 233
972-658-6113; 8:49:19 AM; Ashley; Incoming Call; Voice; 233

**CID 133384458**
02/19/2020
972-658-6113; 8:51:03 AM; Ashley; Outgoing Call; Voice; 228

**CIDs 133508381, 133412879**
02/19/2020
972-658-6113; 8:50:40 AM; Ashley; SMS; 30
972-658-6113; 8:51:40 AM; Ashley; Outgoing Call; Voice; 30
972-658-6113; 8:52:30 AM; Ashley; Incoming Call; Voice; 30

Crime Scene
Keith Ashley Residence
Nine Band Brewing

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

10

0090010



### Historical Cell Site Analysis
Cell Site Activations for **972-658-6113**

February 19, 2020 8:49 AM to 8:57 AM



**Legend:**
- Crime Scene
- Keith Ashley Residence
- Nine Band Brewing

**CID 133629955**
02/19/2020
972-658-6113: 8:49:18 AM, Ashley, Incoming Call; Voice; 233
972-658-6113: 8:49:19 AM, Ashley, Incoming Call; Voice; 233

**CID 133384458**
02/19/2020
972-658-6113: 8:51:03 AM; Ashley; Outgoing Call; Voice; 228

**CIDs 133508381, 133412879**
02/19/2020
972-658-6113: 8:50:40 AM; Ashley; SMS; 30
972-658-6113: 8:51:40 AM; Ashley; Outgoing Call; Voice; 30
972-658-6113: 8:52:30 AM; Ashley; Incoming Call; Voice; 30

**CID 133380368**
02/19/2020
972-658-6113: 8:54:48 AM; Ashley; Outgoing Call; Voice; 120

096011

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

## Historical Cell Site Analysis
Cell Site Activations for **972-658-6113**

February 19, 2020 8:49 AM to 8:57 AM





**Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.**

12

## Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

February 19, 2020 9:10 AM to 10:21 AM

9:11 AM **972-658-6113** calls **214-535-5719** (45 sec)





Crime Scene
Keith Ashley Residence
Nine Band Brewing

CID 134665994
02/19/2020
972-658-6113: 9:49:24 AM, Ashley, Incoming Call; Voice; 240
972-658-6113: 9:49:26 AM, Ashley, Incoming Call; Voice; 240

CIDs 134235351, 134235029, 134235137
02/19/2020
972-658-6113: 9:10:01 AM, Ashley, SMS; 8
972-658-6113: 9:10:12 AM, Ashley, SMS; 8
972-658-6113: 9:10:28 AM, Ashley, SMS; 8
972-658-6113: 9:11:24 AM, Ashley, Outgoing Call; Voice; 8
972-658-6113: 9:14:49 AM, Ashley, Incoming Call; Voice; 8
972-658-6113: 9:25:31 AM, Ashley, SMS; 8
972-658-6113: 10:10:21 AM, Ashley, Incoming Call; Voice; 8
972-658-6113: 10:10:22 AM, Ashley, Incoming Call; Voice; 8
972-658-6113: 10:10:58 AM, Ashley, SMS; 8
972-658-6113: 10:21:58 AM, Ashley, Outgoing Call; Voice; 8

096013

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

13

### Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

10:33 AM **972-658-6113** calls **214-535-5719** (4 sec VM)
10:34 AM **972-658-6113** calls **214-535-5719** (0 sec)

February 19, 2020 10:33 AM to 10:34 AM





096014

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

14

## Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

10:33 AM **972-658-6113** calls **214-535-5719** (4 sec VM)
10:34 AM **972-658-6113** calls **214-535-5719** (0 sec)



February 19, 2020 10:33 AM to 10:34 AM



**Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.**



**Historical Cell Site Analysis**
Cell Site Activations for **972-658-6113**

February 19, 2020 10:48 AM to 10:49 AM



096016

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

**Historical Cell Site Analysis**

Cell Site Activations for **972-658-6113**

February 19, 2020 11:08 AM to 11:23 AM

11:08 AM **972-658-6113** calls **214-535-5719** (30 sec VM)





096017

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

17

## Historical Cell Site Analysis
Cell Site Activations for **972-658-6113**

February 19, 2020 12:11 PM to 12:13 PM





**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**  18

## Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

February 19, 2020 12:41 PM to 2:45 PM





**Legend:**
- Crime Scene
- Keith Ashley Residence
- Nine Band Brewing
- Improvement

**CID 134136983**
02/19/2020
972-658-6113: 12:41:51 PM; Ashley; Outgoing Call; Voice; 248

**CIDs 134136855, 133372162, 133372190**
02/19/2020
972-658-6113: 12:53:45 PM; Ashley; Outgoing Call; Voice; 128
972-658-6113: 1:08:41 PM; Ashley; Outgoing Call; Voice; 128
972-658-6113: 2:20:48 PM; Ashley; Outgoing Call; Voice; 128
972-658-6113: 2:36:15 PM; Ashley; Incoming Call; Voice; 128
972-658-6113: 2:40:37 PM; Ashley; Outgoing Call; Voice; 128
972-658-6113: 2:40:41 PM; Ashley; Incoming Call; Voice; 128
972-658-6113: 2:45:58 PM; Ashley; Outgoing Call; Voice; 128

096019

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.**

## Historical Cell Site Analysis

Cell Site Activations for **972-658-6113**

5:01 PM **972-658-6113** calls **214-535-5719** (6 sec VM)
5:02 PM **972-658-6113** calls **214-535-5719** (29 sec VM)

February 19, 2020 3:44 PM to 9:01 PM



096020



**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

20

096021



| END |

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**