

**SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
AT DALLAS**



**Office of the Medical Examiner
Cause of Death Report**

**Case: IFS-20-03172 - ME**

Date of Death: 02/19/2020

**Decedent: Seegan, James Edward**   62 years White Male   DOB: ▆▆▆ 1957

An Autopsy was performed and the cause of death is:

**Contact gunshot wound of the head**

Manner of Death: **Undetermined**

Examining Pathologist: Emily Ogden, M.D.

*[signature]*

Emily Ogden M.D.
09/10/2020

<u>Related Agencies:</u>

Carrollton Police Department                                    2020048400
 Institute of Forensic Sciences
Rhoton Funeral Home
 Forensic Pathology
Dallas County District Attorney



*Accredited by The National Association of Medical Examiners*

**099001**