

**109001**



**109002**



**109003**



**109004**



**109005**



**109006**



**109007**



**109008**



109009



**109010**



**109011**



**109012**



**109013**



109014



**109015**



**109016**





**109018**



**109019**



**109020**





**109022**



**109023**