114001

**Carrollton Police Department**

Item ID
**2020048400-108**

Item Category
Documents/ Personal Or Business

Status: Evidence
Date Acquired: 2020-09-10
Quantity: 1.0

Keith Ashley's Jim Seegan file (found in Keith's backpack)

Primary Reporting Officer
K. Bell #7407

Recovering Officer
B. Bonner #0903

Recovered Location
2025 E JACKSON RD
CARROLLTON, TX 75006
UNITED STATES

Owner

# GIFT LETTER

I, James Seegan, hereby certify that I will give a gift of **$65,000** to KBLS1996 LLC on May 28th, 2019.

I certify that this is a bona fide gift and there is no obligation, expressed or implied, to repay this sum in cash or other services of any kind now or in the future.

I, James Seegan reside at 2114 Cannes Dr. Carrollton Tx.

I Certify that he owner of KBLS1996 (Keith Ashley) is a long time friend, he has helped me with multiple family issues and I want to gift him this money. He continues to help me from time to time.

KBLS1996 has agreed to keep this gift confidential.

James Seegan

**114002**

**IN WITNESS WHEREOF,** this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this _____ day of _____, _____, at _____, _____ .

Borrower:
KBKK, LLC

By:_____
Keith Ashley

By:_____
Jim Seegan

## Promissory Note

### Basic Information

| | |
|---|---|
| Effective Date: | November 26, 2019 |
| Borrower: | KBKK LLC, a Texas limited liability company |
| Borrower's Mailing Address: | 9 Prestige Circle, Allen, Texas 75002, Attn: Keith Ashley |
| Lender: | JES2, LLC |
| Place for Payment: | ACH Account on File |
| Principal Amount: | $289,000 |
| Annual Interest Rate: | 3% per annum |
| Maturity Date: | December 30, 2029 |

Annual Interest Rate on Matured, Unpaid Amounts: 3 percent (3%) per annum or the maximum amount allowable under Texas law, whichever is less.

Terms of Payment (principal and interest): The Principal Amount and unpaid interest which has accrued thereon is due and payable in full on the Maturity Date (balloon payment **$138,523.00**). Payments will be applied first to accrued/unpaid interest and the remainder to reduction of the then outstanding Principal Amount.

| | |
|---|---|
| Security for Payment: | NONE |
| Other Security for Payment: | NONE |

### Promise to Pay

Borrower promises to pay to the order of Lender the Principal Amount plus interest at the Annual Interest Rate. This note is payable at the Place for Payment and according to the Terms of Payment. All unpaid amounts are due by the Maturity Date. If any amount is not paid either when due under the Terms of Payment or on acceleration of maturity, Borrower promises to pay any unpaid amount plus interest from the date the payment was due to the date of payment at the Annual Interest Rate on Matured, Unpaid Amounts.

### Defaults and Remedies

A default exists under this note if (1) Borrower defaults in the payment of this note and such failure continues for 45 (45) days after written notice thereof is delivered by Lender to Borrower at Borrower's Mailing Address; (2) a receiver is appointed for Borrower; (3) a bankruptcy or insolvency proceeding is commenced by Borrower and the proceeding continues without dismissal for sixty days; (4) (a) a bankruptcy or insolvency proceeding is commenced against Borrower and (b) the proceeding continues without dismissal for sixty days, Borrower admits the material allegations of the petition against it, or an order for relief is entered; or (5) Borrower begins to wind up its affairs, or is authorized to terminate or wind up its affairs by its governing body or persons, or any event occurs or condition exists that permits the termination or winding up of the affairs of Borrower.

Upon the occurrence of a default under this note, Lender may declare the unpaid balance of the Principal Amount, earned interest, and any other amounts owed on the note immediately due, and may exercise all other rights and remedies available at law or in equity.

### Attorney's Fees

Borrower also promises to pay reasonable attorney's fees and court and other costs if an attorney is retained to collect or enforce the note. These expenses will bear interest from the date of advance at the Annual Interest Rate on Matured, Unpaid Amounts. Borrower will pay Lender these expenses and interest on demand at the Place for Payment. These expenses and interest will become part of the debt evidenced by the note and will be secured by any security for payment.

### Interest Calculation

Interest on the debt evidenced by this note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over a year of 365 days, multiplied by the outstanding Principal Amount, multiplied by the actual number of days the Principal Amount is outstanding, unless such calculation would result in a usurious rate, in which case interest shall be calculated on a per diem basis of a year of 365 or 366 days, as the case may be. All interest payable under this note is computed using this method.

### Usury Savings

Interest on the debt evidenced by this note will not exceed the maximum rate or amount of non-usurious interest that may be contracted for, taken, reserved, charged, or received under law. Any interest in excess of that maximum amount will be credited on the Principal Amount or, if the Principal Amount has been paid, refunded. On any acceleration or required or permitted prepayment, any excess interest will be canceled automatically as of the acceleration or prepayment or, if the excess interest has already been paid, credited on the Principal Amount or, if the Principal Amount has been paid, refunded. This provision overrides any conflicting provisions in this note and all other instruments concerning the debt.

### Other Clauses

Borrower may prepay this note in any amount at any time before the Maturity Date without penalty or premium. Prepayments will be applied first to accrued/unpaid interest and the remainder to the then outstanding Principal Amount.

This Note must be kept confidential and any disclosure of this will lead to Default.

This note will be construed under the laws of the state of Texas, without regard to choice-of-law rules of any jurisdiction.

When the context requires, singular nouns and pronouns include the plural.

THIS NOTE AND ALL THE OTHER LOAN DOCUMENTS EMBODY THE FINAL, ENTIRE AGREEMENT OF BORROWER AND LENDER AND SUPERSEDE ANY AND ALL PRIOR COMMITMENTS, AGREEMENTS, REPRESENTATIONS AND UNDERSTANDINGS, WHETHER WRITTEN OR ORAL, RELATING TO THE SUBJECT MATTER HEREOF AND THEREOF AND MAY NOT BE CONTRADICTED OR VARIED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OR DISCUSSIONS OF BORROWER AND LENDER. THERE ARE NO ORAL AGREEMENTS BETWEEN BORROWER AND LENDER.

Dated and deemed effective as of the Effective Date.

**114005**

**IN WITNESS WHEREOF,** this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this __26__ day of __Nov__, __19__, at __Carrolton TX__.

Borrower:
KBKK, LLC

By: _____
Keith Ashley

By: _____
Jim Seegan

## Loan Amortization Schedule

| Enter values | |
|---|---|
| Loan amount | $ 289,000.00 |
| Annual interest rate | 3.00 % |
| Loan period in years | 10 |
| Number of payments per year | 12 |
| Start date of loan | 11/26/2019 |
| Optional extra payments | $ - |
| Lender name: | JES2, LLC Revised from April 2019 add 75K |

| Loan summary | |
|---|---|
| Scheduled payment | $ 2,790.61 |
| Scheduled number of payments | 120 |
| Actual number of payments | 120 |
| Total early payments | $ - |
| Total interest | $ 45,872.66 |

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1  | 12/26/2019 | $ 289,000.00 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,068.11 | $ 722.50 | $ 286,931.89 | $ 722.50 |
| 2  | 1/26/2020  | $ 286,931.89 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,073.28 | $ 717.33 | $ 284,858.62 | $ 1,439.83 |
| 3  | 2/26/2020  | $ 284,858.62 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,078.46 | $ 712.15 | $ 282,780.16 | $ 2,151.98 |
| 4  | 3/26/2020  | $ 282,780.16 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,083.66 | $ 706.95 | $ 280,696.50 | $ 2,858.93 |
| 5  | 4/26/2020  | $ 280,696.50 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,088.86 | $ 701.74 | $ 278,607.64 | $ 3,560.67 |
| 6  | 5/26/2020  | $ 278,607.64 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,094.09 | $ 696.52 | $ 276,513.55 | $ 4,257.19 |
| 7  | 6/26/2020  | $ 276,513.55 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,099.32 | $ 691.28 | $ 274,414.23 | $ 4,948.47 |
| 8  | 7/26/2020  | $ 274,414.23 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,104.57 | $ 686.04 | $ 272,309.66 | $ 5,634.51 |
| 9  | 8/26/2020  | $ 272,309.66 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,109.83 | $ 680.77 | $ 270,199.83 | $ 6,315.28 |
| 10 | 9/26/2020  | $ 270,199.83 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,115.11 | $ 675.50 | $ 268,084.73 | $ 6,990.78 |
| 11 | 10/26/2020 | $ 268,084.73 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,120.39 | $ 670.21 | $ 265,964.33 | $ 7,660.99 |
| 12 | 11/26/2020 | $ 265,964.33 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,125.69 | $ 664.91 | $ 263,838.64 | $ 8,325.90 |
| 13 | 12/26/2020 | $ 263,838.64 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,131.01 | $ 659.60 | $ 261,707.63 | $ 8,985.50 |
| 14 | 1/26/2021  | $ 261,707.63 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,136.34 | $ 654.27 | $ 259,571.29 | $ 9,639.77 |
| 15 | 2/26/2021  | $ 259,571.29 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,141.68 | $ 648.93 | $ 257,429.61 | $ 10,288.70 |
| 16 | 3/26/2021  | $ 257,429.61 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,147.03 | $ 643.57 | $ 255,282.58 | $ 10,932.27 |
| 17 | 4/26/2021  | $ 255,282.58 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,152.40 | $ 638.21 | $ 253,130.18 | $ 11,570.48 |
| 18 | 5/26/2021  | $ 253,130.18 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,157.78 | $ 632.83 | $ 250,972.40 | $ 12,203.30 |
| 19 | 6/26/2021  | $ 250,972.40 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,163.17 | $ 627.43 | $ 248,809.23 | $ 12,830.73 |
| 20 | 7/26/2021  | $ 248,809.23 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,168.58 | $ 622.02 | $ 246,640.65 | $ 13,452.76 |
| 21 | 8/26/2021  | $ 246,640.65 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,174.00 | $ 616.60 | $ 244,466.64 | $ 14,069.36 |
| 22 | 9/26/2021  | $ 244,466.64 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,179.44 | $ 611.17 | $ 242,287.20 | $ 14,680.53 |
| 23 | 10/26/2021 | $ 242,287.20 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,184.89 | $ 605.72 | $ 240,102.32 | $ 15,286.24 |
| 24 | 11/26/2021 | $ 240,102.32 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,190.35 | $ 600.26 | $ 237,911.97 | $ 15,886.50 |
| 25 | 12/26/2021 | $ 237,911.97 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,195.83 | $ 594.78 | $ 235,716.14 | $ 16,481.28 |
| 26 | 1/26/2022  | $ 235,716.14 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,201.32 | $ 589.29 | $ 233,514.83 | $ 17,070.57 |
| 27 | 2/26/2022  | $ 233,514.83 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,206.82 | $ 583.79 | $ 231,308.01 | $ 17,654.36 |
| 28 | 3/26/2022  | $ 231,308.01 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,212.34 | $ 578.27 | $ 229,095.67 | $ 18,232.63 |
| 29 | 4/26/2022  | $ 229,095.67 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,217.87 | $ 572.74 | $ 226,877.81 | $ 18,805.37 |
| 30 | 5/26/2022  | $ 226,877.81 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,223.41 | $ 567.19 | $ 224,654.39 | $ 19,372.56 |
| 31 | 6/26/2022  | $ 224,654.39 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,228.97 | $ 561.64 | $ 222,425.42 | $ 19,934.20 |
| 32 | 7/26/2022  | $ 222,425.42 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,234.54 | $ 556.06 | $ 220,190.88 | $ 20,490.26 |
| 33 | 8/26/2022  | $ 220,190.88 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,240.13 | $ 550.48 | $ 217,950.75 | $ 21,040.74 |
| 34 | 9/26/2022  | $ 217,950.75 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,245.73 | $ 544.88 | $ 215,705.03 | $ 21,585.61 |
| 35 | 10/26/2022 | $ 215,705.03 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,251.34 | $ 539.26 | $ 213,453.68 | $ 22,124.88 |
| 36 | 11/26/2022 | $ 213,453.68 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,256.97 | $ 533.63 | $ 211,196.71 | $ 22,658.51 |
| 37 | 12/26/2022 | $ 211,196.71 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,262.61 | $ 527.99 | $ 208,934.10 | $ 23,186.50 |
| 38 | 1/26/2023  | $ 208,934.10 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,268.27 | $ 522.34 | $ 206,665.83 | $ 23,708.84 |

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 39 | 2/26/2023 | $ 206,665.83 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,273.94 | $ 516.66 | $ 204,391.89 | $ 24,225.50 |
| 40 | 3/26/2023 | $ 204,391.89 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,279.63 | $ 510.98 | $ 202,112.26 | $ 24,736.48 |
| 41 | 4/26/2023 | $ 202,112.26 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,285.32 | $ 505.28 | $ 199,826.94 | $ 25,241.76 |
| 42 | 5/26/2023 | $ 199,826.94 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,291.04 | $ 499.57 | $ 197,535.90 | $ 25,741.33 |
| 43 | 6/26/2023 | $ 197,535.90 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,296.77 | $ 493.84 | $ 195,239.13 | $ 26,235.17 |
| 44 | 7/26/2023 | $ 195,239.13 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,302.51 | $ 488.10 | $ 192,936.62 | $ 26,723.27 |
| 45 | 8/26/2023 | $ 192,936.62 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,308.26 | $ 482.34 | $ 190,628.36 | $ 27,205.61 |
| 46 | 9/26/2023 | $ 190,628.36 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,314.03 | $ 476.57 | $ 188,314.33 | $ 27,682.18 |
| 47 | 10/26/2023 | $ 188,314.33 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,319.82 | $ 470.79 | $ 185,994.51 | $ 28,152.97 |
| 48 | 11/26/2023 | $ 185,994.51 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,325.62 | $ 464.99 | $ 183,668.89 | $ 28,617.95 |
| 49 | 12/26/2023 | $ 183,668.89 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,331.43 | $ 459.17 | $ 181,337.45 | $ 29,077.12 |
| 50 | 1/26/2024 | $ 181,337.45 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,337.26 | $ 453.34 | $ 179,000.19 | $ 29,530.47 |
| 51 | 2/26/2024 | $ 179,000.19 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,343.11 | $ 447.50 | $ 176,657.09 | $ 29,977.97 |
| 52 | 3/26/2024 | $ 176,657.09 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,348.96 | $ 441.64 | $ 174,308.12 | $ 30,419.61 |
| 53 | 4/26/2024 | $ 174,308.12 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,354.84 | $ 435.77 | $ 171,953.29 | $ 30,855.38 |
| 54 | 5/26/2024 | $ 171,953.29 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,360.72 | $ 429.88 | $ 169,592.57 | $ 31,285.26 |
| 55 | 6/26/2024 | $ 169,592.57 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,366.62 | $ 423.98 | $ 167,225.94 | $ 31,709.25 |
| 56 | 7/26/2024 | $ 167,225.94 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,372.54 | $ 418.06 | $ 164,853.40 | $ 32,127.31 |
| 57 | 8/26/2024 | $ 164,853.40 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,378.47 | $ 412.13 | $ 162,474.93 | $ 32,539.44 |
| 58 | 9/26/2024 | $ 162,474.93 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,384.42 | $ 406.19 | $ 160,090.51 | $ 32,945.63 |
| 59 | 10/26/2024 | $ 160,090.51 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,390.38 | $ 400.23 | $ 157,700.13 | $ 33,345.86 |
| 60 | 11/26/2024 | $ 157,700.13 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,396.36 | $ 394.25 | $ 155,303.78 | $ 33,740.11 |
| 61 | 12/26/2024 | $ 155,303.78 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,402.35 | $ 388.26 | $ 152,901.43 | $ 34,128.37 |
| 62 | 1/26/2025 | $ 152,901.43 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,408.35 | $ 382.25 | $ 150,493.08 | $ 34,510.62 |
| 63 | 2/26/2025 | $ 150,493.08 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,414.37 | $ 376.23 | $ 148,078.71 | $ 34,886.85 |
| 64 | 3/26/2025 | $ 148,078.71 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,420.41 | $ 370.20 | $ 145,658.30 | $ 35,257.05 |
| 65 | 4/26/2025 | $ 145,658.30 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,426.46 | $ 364.15 | $ 143,231.84 | $ 35,621.20 |
| 66 | 5/26/2025 | $ 143,231.84 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,432.53 | $ 358.08 | $ 140,799.31 | $ 35,979.28 |
| 67 | 6/26/2025 | $ 140,799.31 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,438.61 | $ 352.00 | $ 138,360.70 | $ 36,331.27 |
| 68 | 7/26/2025 | $ 138,360.70 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,444.70 | $ 345.90 | $ 135,916.00 | $ 36,677.18 |
| 69 | 8/26/2025 | $ 135,916.00 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,450.82 | $ 339.79 | $ 133,465.18 | $ 37,016.97 |
| 70 | 9/26/2025 | $ 133,465.18 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,456.94 | $ 333.66 | $ 131,008.24 | $ 37,350.63 |
| 71 | 10/26/2025 | $ 131,008.24 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,463.08 | $ 327.52 | $ 128,545.16 | $ 37,678.15 |
| 72 | 11/26/2025 | $ 128,545.16 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,469.24 | $ 321.36 | $ 126,075.91 | $ 37,999.51 |
| 73 | 12/26/2025 | $ 126,075.91 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,475.42 | $ 315.19 | $ 123,600.50 | $ 38,314.70 |
| 74 | 1/26/2026 | $ 123,600.50 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,481.60 | $ 309.00 | $ 121,118.89 | $ 38,623.70 |
| 75 | 2/26/2026 | $ 121,118.89 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,487.81 | $ 302.80 | $ 118,631.09 | $ 38,926.50 |
| 76 | 3/26/2026 | $ 118,631.09 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,494.03 | $ 296.58 | $ 116,137.06 | $ 39,223.08 |
| 77 | 4/26/2026 | $ 116,137.06 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,500.26 | $ 290.34 | $ 113,636.80 | $ 39,513.42 |
| 78 | 5/26/2026 | $ 113,636.80 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,506.51 | $ 284.09 | $ 111,130.28 | $ 39,797.51 |
| 79 | 6/26/2026 | $ 111,130.28 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,512.78 | $ 277.83 | $ 108,617.50 | $ 40,075.34 |
| 80 | 7/26/2026 | $ 108,617.50 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,519.06 | $ 271.54 | $ 106,098.44 | $ 40,346.88 |
| 81 | 8/26/2026 | $ 106,098.44 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,525.36 | $ 265.25 | $ 103,573.08 | $ 40,612.13 |
| 82 | 9/26/2026 | $ 103,573.08 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,531.67 | $ 258.93 | $ 101,041.41 | $ 40,871.06 |
| 83 | 10/26/2026 | $ 101,041.41 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,538.00 | $ 252.60 | $ 98,503.41 | $ 41,123.66 |
| 84 | 11/26/2026 | $ 98,503.41 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,544.35 | $ 246.26 | $ 95,959.06 | $ 41,369.92 |
| 85 | 12/26/2026 | $ 95,959.06 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,550.71 | $ 239.90 | $ 93,408.35 | $ 41,609.82 |
| 86 | 1/26/2027 | $ 93,408.35 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,557.08 | $ 233.52 | $ 90,851.27 | $ 41,843.34 |
| 87 | 2/26/2027 | $ 90,851.27 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,563.48 | $ 227.13 | $ 88,287.79 | $ 42,070.47 |
| 88 | 3/26/2027 | $ 88,287.79 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,569.89 | $ 220.72 | $ 85,717.90 | $ 42,291.19 |
| 89 | 4/26/2027 | $ 85,717.90 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,576.31 | $ 214.29 | $ 83,141.59 | $ 42,505.48 |
| 90 | 5/26/2027 | $ 83,141.59 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,582.75 | $ 207.85 | $ 80,558.84 | $ 42,713.34 |

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 91 | 6/26/2027 | $ 80,558.84 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,589.21 | $ 201.40 | $ 77,969.63 | $ 42,914.74 |
| 92 | 7/26/2027 | $ 77,969.63 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,595.68 | $ 194.92 | $ 75,373.95 | $ 43,109.66 |
| 93 | 8/26/2027 | $ 75,373.95 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,602.17 | $ 188.43 | $ 72,771.78 | $ 43,298.09 |
| 94 | 9/26/2027 | $ 72,771.78 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,608.68 | $ 181.93 | $ 70,163.10 | $ 43,480.02 |
| 95 | 10/26/2027 | $ 70,163.10 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,615.20 | $ 175.41 | $ 67,547.91 | $ 43,655.43 |
| 96 | 11/26/2027 | $ 67,547.91 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,621.74 | $ 168.87 | $ 64,926.17 | $ 43,824.30 |
| 97 | 12/26/2027 | $ 64,926.17 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,628.29 | $ 162.32 | $ 62,297.88 | $ 43,986.62 |
| 98 | 1/26/2028 | $ 62,297.88 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,634.86 | $ 155.74 | $ 59,663.02 | $ 44,142.36 |
| 99 | 2/26/2028 | $ 59,663.02 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,641.45 | $ 149.16 | $ 57,021.57 | $ 44,291.52 |
| 100 | 3/26/2028 | $ 57,021.57 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,648.05 | $ 142.55 | $ 54,373.52 | $ 44,434.07 |
| 101 | 4/26/2028 | $ 54,373.52 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,654.67 | $ 135.93 | $ 51,718.85 | $ 44,570.01 |
| 102 | 5/26/2028 | $ 51,718.85 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,661.31 | $ 129.30 | $ 49,057.54 | $ 44,699.30 |
| 103 | 6/26/2028 | $ 49,057.54 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,667.96 | $ 122.64 | $ 46,389.58 | $ 44,821.95 |
| 104 | 7/26/2028 | $ 46,389.58 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,674.63 | $ 115.97 | $ 43,714.95 | $ 44,937.92 |
| 105 | 8/26/2028 | $ 43,714.95 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,681.32 | $ 109.29 | $ 41,033.63 | $ 45,047.21 |
| 106 | 9/26/2028 | $ 41,033.63 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,688.02 | $ 102.58 | $ 38,345.61 | $ 45,149.79 |
| 107 | 10/26/2028 | $ 38,345.61 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,694.74 | $ 95.86 | $ 35,650.87 | $ 45,245.66 |
| 108 | 11/26/2028 | $ 35,650.87 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,701.48 | $ 89.13 | $ 32,949.39 | $ 45,334.78 |
| 109 | 12/26/2028 | $ 32,949.39 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,708.23 | $ 82.37 | $ 30,241.16 | $ 45,417.16 |
| 110 | 1/26/2029 | $ 30,241.16 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,715.00 | $ 75.60 | $ 27,526.15 | $ 45,492.76 |
| 111 | 2/26/2029 | $ 27,526.15 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,721.79 | $ 68.82 | $ 24,804.36 | $ 45,561.58 |
| 112 | 3/26/2029 | $ 24,804.36 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,728.59 | $ 62.01 | $ 22,075.77 | $ 45,623.59 |
| 113 | 4/26/2029 | $ 22,075.77 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,735.42 | $ 55.19 | $ 19,340.35 | $ 45,678.78 |
| 114 | 5/26/2029 | $ 19,340.35 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,742.25 | $ 48.35 | $ 16,598.10 | $ 45,727.13 |
| 115 | 6/26/2029 | $ 16,598.10 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,749.11 | $ 41.50 | $ 13,848.99 | $ 45,768.62 |
| 116 | 7/26/2029 | $ 13,848.99 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,755.98 | $ 34.62 | $ 11,093.00 | $ 45,803.24 |
| 117 | 8/26/2029 | $ 11,093.00 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,762.87 | $ 27.73 | $ 8,330.13 | $ 45,830.98 |
| 118 | 9/26/2029 | $ 8,330.13 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,769.78 | $ 20.83 | $ 5,560.35 | $ 45,851.80 |
| 119 | 10/26/2029 | $ 5,560.35 | $ 2,790.61 | $ - | $ 2,790.61 | $ 2,776.70 | $ 13.90 | $ 2,783.65 | $ 45,865.70 |
| 120 | 11/26/2029 | $ 2,783.65 | $ 2,790.61 | $ - | $ 2,783.65 | $ 2,776.69 | $ 6.96 | $ - | $ 45,872.66 |

## Promissory Note

### Basic Information

| | |
|---|---|
| Effective Date: | June 20, 2016 |
| Borrower: | KBKK LLC, a Texas limited liability company |
| Borrower's Mailing Address: | 9 Prestige Circle, Allen, Texas 75002, Attn: Keith Ashley |
| Lender: | JES2, LLC |
| Place for Payment: | ACH Account on File |
| Principal Amount: | $150,000 |
| Annual Interest Rate: | 3% per annum |
| Maturity Date: | July 1, 2026 |

Annual Interest Rate on Matured, Unpaid Amounts: 3 percent (3%) per annum or the maximum amount allowable under Texas law, whichever is less.

Terms of Payment (principal and interest): The Principal Amount and unpaid interest which has accrued thereon is due and payable in full on the Maturity Date (balloon payment **$21,109.20**). Payments will be applied first to accrued/unpaid interest and the remainder to reduction of the then outstanding Principal Amount.

| | |
|---|---|
| Security for Payment: | NONE |
| Other Security for Payment: | NONE |

### Promise to Pay

Borrower promises to pay to the order of Lender the Principal Amount plus interest at the Annual Interest Rate. This note is payable at the Place for Payment and according to the Terms of Payment. All unpaid amounts are due by the Maturity Date. If any amount is not paid either when due under the Terms of Payment or on acceleration of maturity, Borrower promises to pay any unpaid amount plus interest from the date the payment was due to the date of payment at the Annual Interest Rate on Matured, Unpaid Amounts.

### Defaults and Remedies

A default exists under this note if (1) Borrower defaults in the payment of this note and such failure continues for 45 (45) days after written notice thereof is delivered by Lender to Borrower at Borrower's Mailing Address; (2) a receiver is appointed for Borrower; (3) a bankruptcy or insolvency proceeding is commenced by Borrower and the proceeding continues without dismissal for sixty days; (4) (a) a bankruptcy or insolvency proceeding is commenced against Borrower and (b) the proceeding continues without dismissal for sixty days, Borrower admits the material allegations of the petition against it, or an order for relief is entered; or (5) Borrower begins to wind up its affairs, or is authorized to terminate or wind up its affairs by its governing body or persons, or any event occurs or condition exists that permits the termination or winding up of the affairs of Borrower.

Upon the occurrence of a default under this note, Lender may declare the unpaid balance of the Principal Amount, earned interest, and any other amounts owed on the note immediately due, and may exercise all other rights and remedies available at law or in equity.

**114010**

### Attorney's Fees

Borrower also promises to pay reasonable attorney's fees and court and other costs if an attorney is retained to collect or enforce the note. These expenses will bear interest from the date of advance at the Annual Interest Rate on Matured, Unpaid Amounts. Borrower will pay Lender these expenses and interest on demand at the Place for Payment. These expenses and interest will become part of the debt evidenced by the note and will be secured by any security for payment.

### Interest Calculation

Interest on the debt evidenced by this note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over a year of 365 days, multiplied by the outstanding Principal Amount, multiplied by the actual number of days the Principal Amount is outstanding, unless such calculation would result in a usurious rate, in which case interest shall be calculated on a per diem basis of a year of 365 or 366 days, as the case may be. All interest payable under this note is computed using this method.

### Usury Savings

Interest on the debt evidenced by this note will not exceed the maximum rate or amount of non-usurious interest that may be contracted for, taken, reserved, charged, or received under law. Any interest in excess of that maximum amount will be credited on the Principal Amount or, if the Principal Amount has been paid, refunded. On any acceleration or required or permitted prepayment, any excess interest will be canceled automatically as of the acceleration or prepayment or, if the excess interest has already been paid, credited on the Principal Amount or, if the Principal Amount has been paid, refunded. This provision overrides any conflicting provisions in this note and all other instruments concerning the debt.

### Other Clauses

Borrower may prepay this note in any amount at any time before the Maturity Date without penalty or premium. Prepayments will be applied first to accrued/unpaid interest and the remainder to the then outstanding Principal Amount.

This Note must be kept confidential and any disclosure of this will lead to Default.

This note will be construed under the laws of the state of Texas, without regard to choice-of-law rules of any jurisdiction.

When the context requires, singular nouns and pronouns include the plural.

THIS NOTE AND ALL THE OTHER LOAN DOCUMENTS EMBODY THE FINAL, ENTIRE AGREEMENT OF BORROWER AND LENDER AND SUPERSEDE ANY AND ALL PRIOR COMMITMENTS, AGREEMENTS, REPRESENTATIONS AND UNDERSTANDINGS, WHETHER WRITTEN OR ORAL, RELATING TO THE SUBJECT MATTER HEREOF AND THEREOF AND MAY NOT BE CONTRADICTED OR VARIED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OR DISCUSSIONS OF BORROWER AND LENDER. THERE ARE NO ORAL AGREEMENTS BETWEEN BORROWER AND LENDER.

Dated and deemed effective as of the Effective Date.

**114011**

**IN WITNESS WHEREOF,** this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this __01__ day of __June__, __2016__, at __Carrolton TX__.

Borrower:
KBKK, LLC

By: _[signature]_____          June 1, 2016
Keith Ashley

By: _[signature]_____
Jim Seegan

## Loan Amortization Schedule

| Enter values | |
|---|---|
| Loan amount | $ 150,000.00 |
| Annual interest rate | 3.00 % |
| Loan period in years | 10 |
| Number of payments per year | 12 |
| Start date of loan | 6/20/2016 |
| Optional extra payments | $ - |
| Lender name: | JES2, LLC |

| Loan summary | |
|---|---|
| Scheduled payment | $ 1,448.41 |
| Scheduled number of payments | 120 |
| Actual number of payments | 120 |
| Total early payments | $ - |
| Total interest | $ 23,809.34 |

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/20/2016 | $ 150,000.00 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,073.41 | $ 375.00 | $ 148,926.59 | $ 375.00 |
| 2 | 8/20/2016 | $ 148,926.59 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,076.09 | $ 372.32 | $ 147,850.49 | $ 747.32 |
| 3 | 9/20/2016 | $ 147,850.49 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,078.78 | $ 369.63 | $ 146,771.71 | $ 1,116.94 |
| 4 | 10/20/2016 | $ 146,771.71 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,081.48 | $ 366.93 | $ 145,690.23 | $ 1,483.87 |
| 5 | 11/20/2016 | $ 145,690.23 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,084.19 | $ 364.23 | $ 144,606.04 | $ 1,848.10 |
| 6 | 12/20/2016 | $ 144,606.04 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,086.90 | $ 361.52 | $ 143,519.15 | $ 2,209.61 |
| 7 | 1/20/2017 | $ 143,519.15 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,089.61 | $ 358.80 | $ 142,429.53 | $ 2,568.41 |
| 8 | 2/20/2017 | $ 142,429.53 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,092.34 | $ 356.07 | $ 141,337.19 | $ 2,924.48 |
| 9 | 3/20/2017 | $ 141,337.19 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,095.07 | $ 353.34 | $ 140,242.13 | $ 3,277.83 |
| 10 | 4/20/2017 | $ 140,242.13 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,097.81 | $ 350.61 | $ 139,144.32 | $ 3,628.43 |
| 11 | 5/20/2017 | $ 139,144.32 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,100.55 | $ 347.86 | $ 138,043.77 | $ 3,976.29 |
| 12 | 6/20/2017 | $ 138,043.77 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,103.30 | $ 345.11 | $ 136,940.47 | $ 4,321.40 |
| 13 | 7/20/2017 | $ 136,940.47 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,106.06 | $ 342.35 | $ 135,834.41 | $ 4,663.75 |
| 14 | 8/20/2017 | $ 135,834.41 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,108.83 | $ 339.59 | $ 134,725.58 | $ 5,003.34 |
| 15 | 9/20/2017 | $ 134,725.58 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,111.60 | $ 336.81 | $ 133,613.99 | $ 5,340.15 |
| 16 | 10/20/2017 | $ 133,613.99 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,114.38 | $ 334.03 | $ 132,499.61 | $ 5,674.19 |
| 17 | 11/20/2017 | $ 132,499.61 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,117.16 | $ 331.25 | $ 131,382.45 | $ 6,005.44 |
| 18 | 12/20/2017 | $ 131,382.45 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,119.96 | $ 328.46 | $ 130,262.49 | $ 6,333.89 |
| 19 | 1/20/2018 | $ 130,262.49 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,122.75 | $ 325.66 | $ 129,139.74 | $ 6,659.55 |
| 20 | 2/20/2018 | $ 129,139.74 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,125.56 | $ 322.85 | $ 128,014.18 | $ 6,982.40 |
| 21 | 3/20/2018 | $ 128,014.18 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,128.38 | $ 320.04 | $ 126,885.80 | $ 7,302.44 |
| 22 | 4/20/2018 | $ 126,885.80 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,131.20 | $ 317.21 | $ 125,754.60 | $ 7,619.65 |
| 23 | 5/20/2018 | $ 125,754.60 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,134.02 | $ 314.39 | $ 124,620.58 | $ 7,934.04 |
| 24 | 6/20/2018 | $ 124,620.58 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,136.86 | $ 311.55 | $ 123,483.72 | $ 8,245.59 |
| 25 | 7/20/2018 | $ 123,483.72 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,139.70 | $ 308.71 | $ 122,344.02 | $ 8,554.30 |
| 26 | 8/20/2018 | $ 122,344.02 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,142.55 | $ 305.86 | $ 121,201.47 | $ 8,860.16 |
| 27 | 9/20/2018 | $ 121,201.47 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,145.41 | $ 303.00 | $ 120,056.06 | $ 9,163.16 |
| 28 | 10/20/2018 | $ 120,056.06 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,148.27 | $ 300.14 | $ 118,907.79 | $ 9,463.30 |
| 29 | 11/20/2018 | $ 118,907.79 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,151.14 | $ 297.27 | $ 117,756.65 | $ 9,760.57 |
| 30 | 12/20/2018 | $ 117,756.65 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,154.02 | $ 294.39 | $ 116,602.63 | $ 10,054.96 |
| 31 | 1/20/2019 | $ 116,602.63 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,156.90 | $ 291.51 | $ 115,445.72 | $ 10,346.47 |
| 32 | 2/20/2019 | $ 115,445.72 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,159.80 | $ 288.61 | $ 114,285.93 | $ 10,635.08 |
| 33 | 3/20/2019 | $ 114,285.93 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,162.70 | $ 285.71 | $ 113,123.23 | $ 10,920.80 |
| 34 | 4/20/2019 | $ 113,123.23 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,165.60 | $ 282.81 | $ 111,957.63 | $ 11,203.61 |
| 35 | 5/20/2019 | $ 111,957.63 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,168.52 | $ 279.89 | $ 110,789.11 | $ 11,483.50 |
| 36 | 6/20/2019 | $ 110,789.11 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,171.44 | $ 276.97 | $ 109,617.67 | $ 11,760.47 |
| 37 | 7/20/2019 | $ 109,617.67 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,174.37 | $ 274.04 | $ 108,443.30 | $ 12,034.52 |
| 38 | 8/20/2019 | $ 108,443.30 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,177.30 | $ 271.11 | $ 107,266.00 | $ 12,305.62 |

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 39 | 9/20/2019 | $ 107,266.00 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,180.25 | $ 268.17 | $ 106,085.75 | $ 12,573.79 |
| 40 | 10/20/2019 | $ 106,085.75 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,183.20 | $ 265.21 | $ 104,902.56 | $ 12,839.00 |
| 41 | 11/20/2019 | $ 104,902.56 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,186.15 | $ 262.26 | $ 103,716.40 | $ 13,101.26 |
| 42 | 12/20/2019 | $ 103,716.40 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,189.12 | $ 259.29 | $ 102,527.28 | $ 13,360.55 |
| 43 | 1/20/2020 | $ 102,527.28 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,192.09 | $ 256.32 | $ 101,335.19 | $ 13,616.87 |
| 44 | 2/20/2020 | $ 101,335.19 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,195.07 | $ 253.34 | $ 100,140.12 | $ 13,870.21 |
| 45 | 3/20/2020 | $ 100,140.12 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,198.06 | $ 250.35 | $ 98,942.06 | $ 14,120.56 |
| 46 | 4/20/2020 | $ 98,942.06 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,201.06 | $ 247.36 | $ 97,741.00 | $ 14,367.91 |
| 47 | 5/20/2020 | $ 97,741.00 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,204.06 | $ 244.35 | $ 96,536.94 | $ 14,612.27 |
| 48 | 6/20/2020 | $ 96,536.94 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,207.07 | $ 241.34 | $ 95,329.87 | $ 14,853.61 |
| 49 | 7/20/2020 | $ 95,329.87 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,210.09 | $ 238.32 | $ 94,119.79 | $ 15,091.93 |
| 50 | 8/20/2020 | $ 94,119.79 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,213.11 | $ 235.30 | $ 92,906.67 | $ 15,327.23 |
| 51 | 9/20/2020 | $ 92,906.67 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,216.14 | $ 232.27 | $ 91,690.53 | $ 15,559.50 |
| 52 | 10/20/2020 | $ 91,690.53 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,219.18 | $ 229.23 | $ 90,471.34 | $ 15,788.73 |
| 53 | 11/20/2020 | $ 90,471.34 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,222.23 | $ 226.18 | $ 89,249.11 | $ 16,014.90 |
| 54 | 12/20/2020 | $ 89,249.11 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,225.29 | $ 223.12 | $ 88,023.82 | $ 16,238.03 |
| 55 | 1/20/2021 | $ 88,023.82 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,228.35 | $ 220.06 | $ 86,795.47 | $ 16,458.09 |
| 56 | 2/20/2021 | $ 86,795.47 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,231.42 | $ 216.99 | $ 85,564.05 | $ 16,675.07 |
| 57 | 3/20/2021 | $ 85,564.05 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,234.50 | $ 213.91 | $ 84,329.55 | $ 16,888.98 |
| 58 | 4/20/2021 | $ 84,329.55 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,237.59 | $ 210.82 | $ 83,091.96 | $ 17,099.81 |
| 59 | 5/20/2021 | $ 83,091.96 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,240.68 | $ 207.73 | $ 81,851.28 | $ 17,307.54 |
| 60 | 6/20/2021 | $ 81,851.28 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,243.78 | $ 204.63 | $ 80,607.50 | $ 17,512.17 |
| 61 | 7/20/2021 | $ 80,607.50 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,246.89 | $ 201.52 | $ 79,360.60 | $ 17,713.69 |
| 62 | 8/20/2021 | $ 79,360.60 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,250.01 | $ 198.40 | $ 78,110.59 | $ 17,912.09 |
| 63 | 9/20/2021 | $ 78,110.59 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,253.13 | $ 195.28 | $ 76,857.46 | $ 18,107.36 |
| 64 | 10/20/2021 | $ 76,857.46 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,256.27 | $ 192.14 | $ 75,601.19 | $ 18,299.51 |
| 65 | 11/20/2021 | $ 75,601.19 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,259.41 | $ 189.00 | $ 74,341.78 | $ 18,488.51 |
| 66 | 12/20/2021 | $ 74,341.78 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,262.56 | $ 185.85 | $ 73,079.23 | $ 18,674.36 |
| 67 | 1/20/2022 | $ 73,079.23 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,265.71 | $ 182.70 | $ 71,813.51 | $ 18,857.06 |
| 68 | 2/20/2022 | $ 71,813.51 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,268.88 | $ 179.53 | $ 70,544.64 | $ 19,036.60 |
| 69 | 3/20/2022 | $ 70,544.64 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,272.05 | $ 176.36 | $ 69,272.59 | $ 19,212.96 |
| 70 | 4/20/2022 | $ 69,272.59 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,275.23 | $ 173.18 | $ 67,997.36 | $ 19,386.14 |
| 71 | 5/20/2022 | $ 67,997.36 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,278.42 | $ 169.99 | $ 66,718.94 | $ 19,556.13 |
| 72 | 6/20/2022 | $ 66,718.94 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,281.61 | $ 166.80 | $ 65,437.33 | $ 19,722.93 |
| 73 | 7/20/2022 | $ 65,437.33 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,284.82 | $ 163.59 | $ 64,152.51 | $ 19,886.52 |
| 74 | 8/20/2022 | $ 64,152.51 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,288.03 | $ 160.38 | $ 62,864.48 | $ 20,046.90 |
| 75 | 9/20/2022 | $ 62,864.48 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,291.25 | $ 157.16 | $ 61,573.23 | $ 20,204.07 |
| 76 | 10/20/2022 | $ 61,573.23 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,294.48 | $ 153.93 | $ 60,278.75 | $ 20,358.00 |
| 77 | 11/20/2022 | $ 60,278.75 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,297.71 | $ 150.70 | $ 58,981.04 | $ 20,508.70 |
| 78 | 12/20/2022 | $ 58,981.04 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,300.96 | $ 147.45 | $ 57,680.08 | $ 20,656.15 |
| 79 | 1/20/2023 | $ 57,680.08 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,304.21 | $ 144.20 | $ 56,375.87 | $ 20,800.35 |
| 80 | 2/20/2023 | $ 56,375.87 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,307.47 | $ 140.94 | $ 55,068.39 | $ 20,941.29 |
| 81 | 3/20/2023 | $ 55,068.39 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,310.74 | $ 137.67 | $ 53,757.65 | $ 21,078.96 |
| 82 | 4/20/2023 | $ 53,757.65 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,314.02 | $ 134.39 | $ 52,443.64 | $ 21,213.35 |
| 83 | 5/20/2023 | $ 52,443.64 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,317.30 | $ 131.11 | $ 51,126.34 | $ 21,344.46 |
| 84 | 6/20/2023 | $ 51,126.34 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,320.60 | $ 127.82 | $ 49,805.74 | $ 21,472.28 |
| 85 | 7/20/2023 | $ 49,805.74 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,323.90 | $ 124.51 | $ 48,481.84 | $ 21,596.79 |
| 86 | 8/20/2023 | $ 48,481.84 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,327.21 | $ 121.20 | $ 47,154.64 | $ 21,718.00 |
| 87 | 9/20/2023 | $ 47,154.64 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,330.52 | $ 117.89 | $ 45,824.11 | $ 21,835.88 |
| 88 | 10/20/2023 | $ 45,824.11 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,333.85 | $ 114.56 | $ 44,490.26 | $ 21,950.44 |
| 89 | 11/20/2023 | $ 44,490.26 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,337.19 | $ 111.23 | $ 43,153.08 | $ 22,061.67 |
| 90 | 12/20/2023 | $ 43,153.08 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,340.53 | $ 107.88 | $ 41,812.55 | $ 22,169.55 |

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 91 | 1/20/2024 | $ 41,812.55 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,343.88 | $ 104.53 | $ 40,468.67 | $ 22,274.08 |
| 92 | 2/20/2024 | $ 40,468.67 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,347.24 | $ 101.17 | $ 39,121.43 | $ 22,375.26 |
| 93 | 3/20/2024 | $ 39,121.43 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,350.61 | $ 97.80 | $ 37,770.82 | $ 22,473.06 |
| 94 | 4/20/2024 | $ 37,770.82 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,353.98 | $ 94.43 | $ 36,416.84 | $ 22,567.49 |
| 95 | 5/20/2024 | $ 36,416.84 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,357.37 | $ 91.04 | $ 35,059.47 | $ 22,658.53 |
| 96 | 6/20/2024 | $ 35,059.47 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,360.76 | $ 87.65 | $ 33,698.70 | $ 22,746.18 |
| 97 | 7/20/2024 | $ 33,698.70 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,364.16 | $ 84.25 | $ 32,334.54 | $ 22,830.42 |
| 98 | 8/20/2024 | $ 32,334.54 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,367.57 | $ 80.84 | $ 30,966.97 | $ 22,911.26 |
| 99 | 9/20/2024 | $ 30,966.97 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,370.99 | $ 77.42 | $ 29,595.97 | $ 22,988.68 |
| 100 | 10/20/2024 | $ 29,595.97 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,374.42 | $ 73.99 | $ 28,221.55 | $ 23,062.67 |
| 101 | 11/20/2024 | $ 28,221.55 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,377.86 | $ 70.55 | $ 26,843.69 | $ 23,133.22 |
| 102 | 12/20/2024 | $ 26,843.69 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,381.30 | $ 67.11 | $ 25,462.39 | $ 23,200.33 |
| 103 | 1/20/2025 | $ 25,462.39 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,384.76 | $ 63.66 | $ 24,077.64 | $ 23,263.99 |
| 104 | 2/20/2025 | $ 24,077.64 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,388.22 | $ 60.19 | $ 22,689.42 | $ 23,324.18 |
| 105 | 3/20/2025 | $ 22,689.42 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,391.69 | $ 56.72 | $ 21,297.73 | $ 23,380.90 |
| 106 | 4/20/2025 | $ 21,297.73 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,395.17 | $ 53.24 | $ 19,902.56 | $ 23,434.15 |
| 107 | 5/20/2025 | $ 19,902.56 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,398.65 | $ 49.76 | $ 18,503.91 | $ 23,483.90 |
| 108 | 6/20/2025 | $ 18,503.91 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,402.15 | $ 46.26 | $ 17,101.76 | $ 23,530.16 |
| 109 | 7/20/2025 | $ 17,101.76 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,405.66 | $ 42.75 | $ 15,696.10 | $ 23,572.92 |
| 110 | 8/20/2025 | $ 15,696.10 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,409.17 | $ 39.24 | $ 14,286.93 | $ 23,612.16 |
| 111 | 9/20/2025 | $ 14,286.93 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,412.69 | $ 35.72 | $ 12,874.24 | $ 23,647.88 |
| 112 | 10/20/2025 | $ 12,874.24 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,416.23 | $ 32.19 | $ 11,458.01 | $ 23,680.06 |
| 113 | 11/20/2025 | $ 11,458.01 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,419.77 | $ 28.65 | $ 10,038.25 | $ 23,708.71 |
| 114 | 12/20/2025 | $ 10,038.25 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,423.32 | $ 25.10 | $ 8,614.93 | $ 23,733.80 |
| 115 | 1/20/2026 | $ 8,614.93 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,426.87 | $ 21.54 | $ 7,188.06 | $ 23,755.34 |
| 116 | 2/20/2026 | $ 7,188.06 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,430.44 | $ 17.97 | $ 5,757.61 | $ 23,773.31 |
| 117 | 3/20/2026 | $ 5,757.61 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,434.02 | $ 14.39 | $ 4,323.60 | $ 23,787.70 |
| 118 | 4/20/2026 | $ 4,323.60 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,437.60 | $ 10.81 | $ 2,886.00 | $ 23,798.51 |
| 119 | 5/20/2026 | $ 2,886.00 | $ 1,448.41 | $ - | $ 1,448.41 | $ 1,441.20 | $ 7.21 | $ 1,444.80 | $ 23,805.73 |
| 120 | 6/20/2026 | $ 1,444.80 | $ 1,448.41 | $ - | $ 1,444.80 | $ 1,441.19 | $ 3.61 | $ - | $ 23,809.34 |