

**124A001**

## Instructions :

As you know my goal has always to take care of you guys. I love you with all my heart and soul. If you are reading this I have passed away.

Call Midland National 800-843-3316 ask for claims. Give them policy numbers:
Talk to Marty he is still part beneficiary he needs to release after we pay him and chad back.

1505002290- 2,000,000 Brandi Beneficiary

1502799884- 1,000,000 Brandi 60% Marty 40% .

1502662970- 591,988- Ashley Living Trust is Beneficiary

Call Lincoln Life - 1-800-487-1485
Policy #T105768889 1,000,000 Citizen State Bank needs to release 25% we do not have any loans with them. That was bank in Princeton.

Marty will handle all above.

Marty (214) 215-0696

Bank of America—go to BOA app on my phone.
Password —Keith0109

Phone password—0609

Call NewRez Morg company - 1 (866) 317-2347

Call Marty tell him to sell Nine Band he will help with Getting it handled.

Brandi - Years ago I put your moms 115,000 into one of my MNL life policy's to protect it from IRS deal years ago. So tell your mom after you receive all death benefits I have instructed you to give her 130,000 that is what her cash value should have been. Trust me do not try and explain just tell her the account automatically closes when I die. Tell her upon my death her accounts close out and she will receive money. You will have to give her from death proceeds.

Do not call or tell Bobby until he calls you

Get with Marty have him deal with Brewery ASAP.

It should only take 20-30 days to get death certificate once you get this get all life insurance proceeds and you should be left with 2 million , plus all bills paid off brewery house ex... . Then when you sell building and brewery you should have another 2 mil. So in total when all is said and done you should have aprox 4 mill. Use Marty he will help you handle this money. I know you will heal and so will kids. I love you guys.

Suggestions:

I have 4.5 million in death benefits.

2 million pays brewery off
500K pays house and Misc billls
Leaves you with 2 million

Once you sell brewery building for 1.7-2.0 that will bring you back to 4 million.

Sell house you have another 750K

So in about 90-120 days you should have close to 5 million.

Tell Marty you need 150,000-200K a year of income. You want liquidity . 4 mill at 5% is 200K a year. Pay cash for all kids school. Also have Bobby tell you what you have to put into our ILIT 2 million plan we set up for kids. Keep what we have do not get new policy.

Go to USAA app on my phone —— 4 digit pin 1229. Auto, home insurance, 2 credit cards pay them off .

Chase- log on to my app. Password- Keith7849
Pay Marriott and Chase ink off.

Brewery credit card you can call and cancel.

If you remarry please protect money make sure kids are taken care of.

To Brandi , Kyler and Kade

If momma is reading this something horrible has happened. I want you guys to know I love you all and I enjoyed our life together. Please keep your head up and always love each other and remember me . I love you guys so much. Love daddy

**124A003**

Open upon my Death

Phone passcode 0609

## Instructions :

As you know my goal has always to take care of you guys. I love you with all my heart and soul. If you are reading this I have passed away.

Call Midland National 800-843-3316 ask for claims. Give them policy numbers:
Talk to Marty he is still part beneficiary he needs to release after we pay him and chad back.

1505002290- 2,000,000 Brandi Beneficiary

1502799884- 1,000,000 Brandi 60% Marty 40% .

1502662970- 591,988- Ashley Living Trust is Beneficiary


Call Lincoln Life - 1-800-487-1485
Policy #T105768889 1,000,000 Citizen State Bank needs to release 25% we do not have any loans with them. That was bank in Princeton.

Marty will handle all above.

Marty (214) 215-0696


Bank of America—go to BOA app on my phone.
Password —Keith0109

Phone password—0609

Call NewRez Morg company - 1 (866) 317-2347


Call Marty tell him to sell Nine Band he will help with Getting it handled.


Brandi - Years ago I put your moms 115,000 into one of my MNL life policy's to protect it from IRS deal years ago. So tell your mom after you receive all death benefits I have instructed you to give her 130,000 that is what her cash value should have been. Trust me do not try and explain just tell her the account automatically closes when I die. Tell her upon my death her accounts close out and she will receive money. You will have to give her from death proceeds.

**124A005**

Do not call or tell Bobby until he calls you

Get with Marty have him deal with Brewery ASAP.

It should only take 20-30 days to get death certificate once you get this get all life insurance proceeds and you should be left with 2 million, plus all bills paid off brewery house ex.... Then when you sell building and brewery you should have another 2 mil. So in total when all is said and done you should have aprox 4 mill. Use Marty he will help you handle this money. I know you will heal and so will kids. I love you guys.


Suggestions:

I have 4.5 million in death benefits.

2 million pays brewery off
500K pays house and Misc billls
Leaves you with 2 million

Once you sell brewery building for 1.7-2.0 that will bring you back to 4 million.

Sell house you have another 750K

So in about 90-120 days you should have close to 5 million.

Tell Marty you need 150,000-200K a year of income. You want liquidity. 4 mill at 5% is 200K a year. Pay cash for all kids school. Also have Bobby tell you what you have to put into our ILIT 2 million plan we set up for kids. Keep what we have do not get new policy.

Go to USAA app on my phone —— 4 digit pin 1229. Auto, home insurance, 2 credit cards pay them off.

Chase- log on to my app. Password- Keith7849
Pay Marriott and Chase ink off.

Brewery credit card you can call and cancel.

If you remarry please protect money make sure kids are taken care of.

To Brandi, Kyler and Kade

If momma is reading this something horrible has happened. I want you guys to know I love you all and I enjoyed our life together. Please keep your head up and always love each other and remember me. I love you guys so much. Love daddy


**124A006**