Searched Items (103)

| # | Date | Time | Position | Map Address | Source | Value | Search Results | Searched In | Parameters | Origin | Account | Deleted | Tag Note | Source Extraction | Source file information | Carved | Manually decoded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/3/2020 | 9/3/2020 7:13:50 AM(UTC-5) | | | KnowledgeC | James Seegan Carrolton Tx | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0xE8D92C (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 2 | 9/3/2020 | 9/3/2020 7:13:50 AM(UTC-5) | | | KnowledgeC | jim seegan carrollton tx | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0xE8D92C (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 3 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | James Seegan Carrolton Tx | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284B79 (Table: history_visits, Size: 2785152 bytes) | | |
| 4 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | jim seegan carrollton tx | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284B79 (Table: history_visits, Size: 2785152 bytes) | | |
| 5 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | James Seegan Carrolton Tx | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284BBF (Table: history_visits, Size: 2785152 bytes) | | |
| 6 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | jim seegan carrollton tx | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284BBF (Table: history_visits, Size: 2785152 bytes) | | |
| 7 | 9/2/2020 | 9/2/2020 10:36:15 AM(UTC-5) | | | KnowledgeC | copy of me report | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x708E3CB (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 8 | 9/2/2020 | 9/2/2020 10:36:15 AM(UTC-5) | | | KnowledgeC | copy of me report dallas county medical examiner | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x708E3CB (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 9 | 9/2/2020 | 9/2/2020 10:36:08 AM(UTC-5) | | | Safari | copy of dallas county autopsy | | | | Unknown | | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD44A (Table: history_visits, Size: 2617344 bytes) | | |

**126001**

| # | Date | Time | | | Browser | Title | | | | Unknown | Metadata | Source | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 9/2/2020 | 9/2/2020 10:36:08 AM(UTC-5) | | | Safari | dallas county medical examiner online records | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD44A (Table: history_visits, Size: 2617344 bytes) |
| 11 | 9/2/2020 | 9/2/2020 10:35:54 AM(UTC-5) | | | Safari | copy of dallas county autopsy | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD4A6 (Table: history_visits, Size: 2617344 bytes) |
| 12 | 9/2/2020 | 9/2/2020 10:35:54 AM(UTC-5) | | | Safari | dallas county medical examiner online records | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD4A6 (Table: history_visits, Size: 2617344 bytes) |
| 13 | 9/2/2020 | 9/2/2020 10:35:25 AM(UTC-5) | | | Safari | copy of dallas county autopsy | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD502 (Table: history_visits, Size: 2617344 bytes) |
| 14 | 9/2/2020 | 9/2/2020 10:35:25 AM(UTC-5) | | | Safari | dallas county medical examiner online records | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD502 (Table: history_visits, Size: 2617344 bytes) |
| 15 | 9/2/2020 | 9/2/2020 10:35:24 AM(UTC-5) | | | Safari | copy of dallas county autopsy | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD55E (Table: history_visits, Size: 2617344 bytes) |
| 16 | 9/2/2020 | 9/2/2020 10:35:24 AM(UTC-5) | | | Safari | dallas county medical examiner online records | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFD55E (Table: history_visits, Size: 2617344 bytes) |
| 17 | 9/2/2020 | 9/2/2020 10:33:50 AM(UTC-5) | | | KnowledgeC | copy of dallas county autopsy | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x30E9417 (Table: ZOBJECT, Size: 163794944 bytes) |
| 18 | 9/2/2020 | 9/2/2020 10:33:50 AM(UTC-5) | | | KnowledgeC | copy of dallas county autopsy report | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x30E9417 (Table: ZOBJECT, Size: 163794944 bytes) |
| 19 | 9/2/2020 | 9/2/2020 10:33:45 AM(UTC-5) | | | Safari | copy of dallas county autopsy | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFDF10 (Table: history_visits, Size: 2617344 bytes) |

**126002**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 9/2/2020 | 9/2/2020 10:33:45 AM(UTC-5) | | | Safari | copy of dallas county autopsy report | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFDF10 (Table: history_visits, Size: 2617344 bytes) | |
| 21 | 9/2/2020 | 9/2/2020 10:33:45 AM(UTC-5) | | | Safari | copy of dallas county autopsy | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFDEBE (Table: history_visits, Size: 2617344 bytes) | |
| 22 | 9/2/2020 | 9/2/2020 10:33:45 AM(UTC-5) | | | Safari | copy of dallas county autopsy report | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xFDEBE (Table: history_visits, Size: 2617344 bytes) | |
| 23 | 9/2/2020 | 9/2/2020 6:11:20 AM(UTC-5) | | | Safari | Dalkas county suropsy | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x219F5B (Table: history_visits, Size: 2617344 bytes)<br>00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x36A5B (Size: 2785152 bytes) | |
| 24 | 9/2/2020 | 9/2/2020 6:11:20 AM(UTC-5) | | | Safari | dallas county autopsy results | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x219F5B (Table: history_visits, Size: 2617344 bytes)<br>00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x36A5B (Size: 2785152 bytes) | |
| 25 | 9/2/2020 | 9/2/2020 6:11:19 AM(UTC-5) | | | Safari | Dalkas county suropsy | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x219FA6 (Table: history_visits, Size: 2617344 bytes)<br>00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x36A5B (Size: 2785152 bytes) | |
| 26 | 9/2/2020 | 9/2/2020 6:11:19 AM(UTC-5) | | | Safari | dallas county autopsy results | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x219FA6 (Table: history_visits, Size: 2617344 bytes)<br>00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x36A5B (Size: 2785152 bytes) | |
| 27 | 9/1/2020 | 9/1/2020 8:38:30 PM(UTC-5) | | | KnowledgeC | Dida seegan carrolton | | | Unknown | | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:01:23 PM<br>**Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x3B8441A (Table: ZOBJECT, Size: 163794944 bytes) | |

**126003**

| # | Date | Timestamp | | Source | Query/Term | | | Status | Description/Tags/Created/Modified | Type | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 9/1/2020 | 9/1/2020 8:38:30 PM(UTC-5) | | KnowledgeC | dida seegan carrollton tx | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x3B8441A (Table: ZOBJECT, Size: 163794944 bytes) |
| 29 | 9/1/2020 | 9/1/2020 8:38:27 PM(UTC-5) | | Safari | Dida seegan carrolton | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x13969E (Table: history_visits, Size: 2617344 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x37020 (Size: 2785152 bytes) |
| 30 | 9/1/2020 | 9/1/2020 8:38:27 PM(UTC-5) | | Safari | dida seegan carrollton tx | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x13969E (Table: history_visits, Size: 2617344 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x37020 (Size: 2785152 bytes) |
| 31 | 9/1/2020 | 9/1/2020 8:38:26 PM(UTC-5) | | Safari | Dida seegan carrolton | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1396E5 (Table: history_visits, Size: 2617344 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x37020 (Size: 2785152 bytes) |
| 32 | 9/1/2020 | 9/1/2020 8:38:26 PM(UTC-5) | | Safari | dida seegan carrollton tx | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1396E5 (Table: history_visits, Size: 2617344 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x37020 (Size: 2785152 bytes) |
| 33 | 8/30/2020 | 8/30/2020 4:09:58 PM(UTC-5) | | Safari | Sakdida Seegan face | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1E69 (Table: history_visits, Size: 2617344 bytes) |
| 34 | 8/30/2020 | 8/30/2020 4:09:58 PM(UTC-5) | | Safari | sakdida seegan facebook | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1E69 (Table: history_visits, Size: 2617344 bytes) |
| 35 | 8/30/2020 | 8/30/2020 4:09:12 PM(UTC-5) | | Safari | Sakdida Seegan face | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1472 (Table: history_visits, Size: 2617344 bytes) |

**126004**

| # | Date | Time | | | Source | Query | | | | Status | Description | Type | Location | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 8/30/2020 | 8/30/2020 4:09:12 PM(UTC-5) | | | Safari | sakdida seegan facebook | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1472 (Table: history_visits, Size: 2617344 bytes) | | |
| 37 | 8/30/2020 | 8/30/2020 4:08:35 PM(UTC-5) | | | KnowledgeC | Sakdida Seegan face | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x469609E (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 38 | 8/30/2020 | 8/30/2020 4:08:35 PM(UTC-5) | | | KnowledgeC | sakdida seegan facebook | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x469609E (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 39 | 8/30/2020 | 8/30/2020 4:08:31 PM(UTC-5) | | | Safari | Sakdida Seegan face | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1565 (Table: history_visits, Size: 2617344 bytes) | | |
| 40 | 8/30/2020 | 8/30/2020 4:08:31 PM(UTC-5) | | | Safari | sakdida seegan facebook | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1565 (Table: history_visits, Size: 2617344 bytes) | | |
| 41 | 8/30/2020 | 8/30/2020 4:08:30 PM(UTC-5) | | | Safari | Sakdida Seegan face | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF15AA (Table: history_visits, Size: 2617344 bytes) | | |
| 42 | 8/30/2020 | 8/30/2020 4:08:30 PM(UTC-5) | | | Safari | sakdida seegan facebook | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF15AA (Table: history_visits, Size: 2617344 bytes) | | |
| 43 | 8/30/2020 | 8/30/2020 4:08:30 PM(UTC-5) | | | Safari | Dida Seegan carrolt | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF151E (Table: history_visits, Size: 2617344 bytes) | | |
| 44 | 8/30/2020 | 8/30/2020 4:08:30 PM(UTC-5) | | | Safari | dida seegan carrollton tx | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF151E (Table: history_visits, Size: 2617344 bytes) | | |
| 45 | 8/30/2020 | 8/30/2020 4:08:19 PM(UTC-5) | | | Safari | Dida Seegan carrolt | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF15EF (Table: history_visits, Size: 2617344 bytes) | | |

| # | Date | Time | | | App | Query | | | Status | Description | Source | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 8/30/2020 | 8/30/2020 4:08:19 PM(UTC-5) | | | Safari | dida seegan carrollton tx | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF15EF (Table: history_visits, Size: 2617344 bytes) |
| 47 | 8/30/2020 | 8/30/2020 4:07:40 PM(UTC-5) | | | KnowledgeC | Dida Seegan carrolt | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4696D62 (Table: ZOBJECT, Size: 163794944 bytes) |
| 48 | 8/30/2020 | 8/30/2020 4:07:40 PM(UTC-5) | | | KnowledgeC | dida seegan carrollton tx | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4696D62 (Table: ZOBJECT, Size: 163794944 bytes) |
| 49 | 8/30/2020 | 8/30/2020 4:07:35 PM(UTC-5) | | | Safari | Dida Seegan carrolt | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1FCE (Table: history_visits, Size: 2617344 bytes) |
| 50 | 8/30/2020 | 8/30/2020 4:07:35 PM(UTC-5) | | | Safari | dida seegan carrollton tx | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1FCE (Table: history_visits, Size: 2617344 bytes) |
| 51 | 8/30/2020 | 8/30/2020 4:07:34 PM(UTC-5) | | | Safari | Dida Seegan carrolt | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1F87 (Table: history_visits, Size: 2617344 bytes) |
| 52 | 8/30/2020 | 8/30/2020 4:07:34 PM(UTC-5) | | | Safari | dida seegan carrollton tx | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xF1F87 (Table: history_visits, Size: 2617344 bytes) |
| 53 | 8/30/2020 | 8/30/2020 8:14:25 AM(UTC-5) | | | KnowledgeC | James Seegan obituary | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x127B602 (Table: ZOBJECT, Size: 163794944 bytes) |
| 54 | 8/30/2020 | 8/30/2020 8:14:22 AM(UTC-5) | | | Safari | James Seegan obituary | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 2:50:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x247571 (Table: history_visits, Size: 2617344 bytes) |
| 55 | 8/30/2020 | 8/30/2020 8:14:21 AM(UTC-5) | | | Safari | James Seegan obituary | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x2475B4 (Table: history_visits, Size: 2617344 bytes) |

**126006**

| # | Date | Time | | | Source | Query | | | | Status | Description | Type | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | 8/30/2020 | 8/30/2020 8:12:55 AM(UTC-5) | | | KnowledgeC | James E Seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x127BAE4 (Table: ZOBJECT, Size: 163794944 bytes) |
| 57 | 8/30/2020 | 8/30/2020 8:12:55 AM(UTC-5) | | | KnowledgeC | james e seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x127BAE4 (Table: ZOBJECT, Size: 163794944 bytes) |
| 58 | 8/30/2020 | 8/30/2020 8:12:51 AM(UTC-5) | | | Safari | James E Seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x247EC1 (Table: history_visits, Size: 2617344 bytes) |
| 59 | 8/30/2020 | 8/30/2020 8:12:51 AM(UTC-5) | | | Safari | james e seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x247EC1 (Table: history_visits, Size: 2617344 bytes) |
| 60 | 8/30/2020 | 8/30/2020 8:12:50 AM(UTC-5) | | | Safari | James E Seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x247EFD (Table: history_visits, Size: 2617344 bytes) |
| 61 | 8/30/2020 | 8/30/2020 8:12:50 AM(UTC-5) | | | Safari | james e seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x247EFD (Table: history_visits, Size: 2617344 bytes) |
| 62 | 8/9/2020 | 8/9/2020 10:05:01 PM(UTC-5) | | | Safari | James Seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x22051A (Table: history_visits, Size: 2617344 bytes) |
| 63 | 8/9/2020 | 8/9/2020 10:05:01 PM(UTC-5) | | | Safari | james seegan obituary | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x22051A (Table: history_visits, Size: 2617344 bytes) |
| 64 | 8/9/2020 | 8/9/2020 10:03:49 PM(UTC-5) | | | Safari | James Seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x22060E (Table: history_visits, Size: 2617344 bytes) |
| 65 | 8/9/2020 | 8/9/2020 10:03:49 PM(UTC-5) | | | Safari | james seegan obituary | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x22060E (Table: history_visits, Size: 2617344 bytes) |

| # | Date | Time | | | Browser | Search | | | | Status | Description | Source | Location | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 8/9/2020 | 8/9/2020 10:03:48 PM(UTC-5) | | | Safari | James Seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x220651 (Table: history_visits, Size: 2617344 bytes) | | |
| 67 | 8/9/2020 | 8/9/2020 10:03:48 PM(UTC-5) | | | Safari | james seegan obituary | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x220651 (Table: history_visits, Size: 2617344 bytes) | | |
| 68 | 8/9/2020 | 8/9/2020 5:11:08 PM(UTC-5) | | | Safari | James E seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC8805 (Table: history_visits, Size: 2617344 bytes) | | |
| 69 | 8/9/2020 | 8/9/2020 5:11:08 PM(UTC-5) | | | Safari | james e seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC8805 (Table: history_visits, Size: 2617344 bytes) | | |
| 70 | 8/9/2020 | 8/9/2020 5:10:46 PM(UTC-5) | | | Safari | James E seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC8841 (Table: history_visits, Size: 2617344 bytes) | | |
| 71 | 8/9/2020 | 8/9/2020 5:10:46 PM(UTC-5) | | | Safari | james e seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC8841 (Table: history_visits, Size: 2617344 bytes) | | |
| 72 | 8/9/2020 | 8/9/2020 5:10:30 PM(UTC-5) | | | KnowledgeC | James E seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4BA59B1 (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 73 | 8/9/2020 | 8/9/2020 5:10:30 PM(UTC-5) | | | KnowledgeC | james e seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:01:23 PM **Modified:** 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4BA59B1 (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 74 | 8/9/2020 | 8/9/2020 5:10:26 PM(UTC-5) | | | Safari | James E seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC887C (Table: history_visits, Size: 2617344 bytes) | | |
| 75 | 8/9/2020 | 8/9/2020 5:10:26 PM(UTC-5) | | | Safari | james e seegan | | | | Unknown | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC887C (Table: history_visits, Size: 2617344 bytes) | | |

| # | Date | Timestamp | | | Browser | Query | | | Unknown | Evidence | Description | Source | File Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | 8/9/2020 | 8/9/2020 5:10:25 PM(UTC-5) | | | Safari | James E seegan | | | Unknown | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC88B8 (Table: history_visits, Size: 2617344 bytes) |
| 77 | 8/9/2020 | 8/9/2020 5:10:25 PM(UTC-5) | | | Safari | james e seegan | | | Unknown | | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xC88B8 (Table: history_visits, Size: 2617344 bytes) |
| 78 | 5/8/2020 | 5/8/2020 7:47:35 AM(UTC-5) | | | Safari | Dallas County | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x109444 (Table: history_visits, Size: 2617344 bytes) |
| 79 | 5/8/2020 | 5/8/2020 7:47:35 AM(UTC-5) | | | Safari | dallas county probate records | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x109444 (Table: history_visits, Size: 2617344 bytes) |
| 80 | 5/8/2020 | 5/8/2020 7:47:34 AM(UTC-5) | | | Safari | Dallas County | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x10948F (Table: history_visits, Size: 2617344 bytes) |
| 81 | 5/8/2020 | 5/8/2020 7:47:34 AM(UTC-5) | | | Safari | dallas county probate records | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x10948F (Table: history_visits, Size: 2617344 bytes) |
| 82 | 5/7/2020 | 5/7/2020 10:06:36 PM(UTC-5) | | | Safari | james seegan dallas county | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE745A (Table: history_visits, Size: 2617344 bytes) |
| 83 | 5/7/2020 | 5/7/2020 10:06:24 PM(UTC-5) | | | Safari | james seegan dallas county | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE759A (Table: history_visits, Size: 2617344 bytes) |
| 84 | 5/7/2020 | 5/7/2020 10:06:16 PM(UTC-5) | | | Safari | james seegan dallas county | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE7605 (Table: history_visits, Size: 2617344 bytes) |
| 85 | 5/7/2020 | 5/7/2020 10:06:14 PM(UTC-5) | | | Safari | james seegan dallas county | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE764D (Table: history_visits, Size: 2617344 bytes) |

**126009**

| # | Date | Time | | | Browser | Query | | | Unknown | Yes | Description | Source | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 5/7/2020 | 5/7/2020 9:57:01 PM(UTC-5) | | | Safari | James E Seegan Dallas County Ceme | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE7BF4 (Table: history_visits, Size: 2617344 bytes) |
| 87 | 5/7/2020 | 5/7/2020 9:57:01 PM(UTC-5) | | | Safari | james e seegan dallas county cemetery | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE7BF4 (Table: history_visits, Size: 2617344 bytes) |
| 88 | 5/7/2020 | 5/7/2020 9:56:31 PM(UTC-5) | | | Safari | James E Seegan Dallas County Ceme | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE7CFE (Table: history_visits, Size: 2617344 bytes) |
| 89 | 5/7/2020 | 5/7/2020 9:56:31 PM(UTC-5) | | | Safari | james e seegan dallas county cemetery | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE7CFE (Table: history_visits, Size: 2617344 bytes) |
| 90 | 5/7/2020 | 5/7/2020 9:56:30 PM(UTC-5) | | | Safari | James E Seegan Dallas County Ceme | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE7D51 (Table: history_visits, Size: 2617344 bytes) |
| 91 | 5/7/2020 | 5/7/2020 9:56:30 PM(UTC-5) | | | Safari | james e seegan dallas county cemetery | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xE7D51 (Table: history_visits, Size: 2617344 bytes) |
| 92 | 2/18/2020 | 2/18/2020 5:36:19 PM(UTC-6) | | | Mails | 1009 Dixon Lane, Denton TX, 76207 | | | Unknown | | **Description:** **Tags:** Of Interest **Created:** 9/10/2020 2:40:57 PM **Modified:** 9/9/2022 6:15:58 PM | File System | |
| 93 | | | | | Safari | can you get full police reports of a suicide carr | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1D5778 (Size: 2617344 bytes) |
| 94 | | | | | Safari | carrollton tx news now | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1D5778 (Size: 2617344 bytes) |
| 95 | | | | | Safari | JES2 LLC James Seega | | | Unknown | Yes | **Description:** **Tags:** Evidence **Created:** 9/10/2020 12:00:18 PM **Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xEB63F (Size: 2617344 bytes) |

| # | | | | | Browser | Search Term | | | | Unknown | Yes | Metadata | Source | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | | | | | Safari | jes2 llc james seegan | | | | Unknown | Yes | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xEB63F (Size: 2617344 bytes) |
| 97 | | | | | Safari | James Seegan probate court | | | | Unknown | Yes | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1778B9 (Size: 2617344 bytes) |
| 98 | | | | | Safari | james seegan probate court records | | | | Unknown | Yes | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1778B9 (Size: 2617344 bytes) |
| 99 | | | | | Safari | jim seegan carrollton tx | | | | Unknown | Yes | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xEB183 (Size: 2617344 bytes) |
| 100 | | | | | Safari | Parkland Securities compliance ma | | | | Unknown | Yes | **Description:** Parkland<br>**Tags:** Of Interest<br>**Created:** 9/18/2020 6:16:43 PM<br>**Modified:** 9/9/2022 6:15:58 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xD9096 (Size: 2617344 bytes) |
| 101 | | | | | Safari | parkland securities compliance manual | | | | Unknown | Yes | **Description:** Parkland<br>**Tags:** Of Interest<br>**Created:** 9/18/2020 6:16:43 PM<br>**Modified:** 9/9/2022 6:15:58 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xD9096 (Size: 2617344 bytes) |
| 102 | | | | | Safari | can you get full police reports of a suicide | | | | Unknown | Yes | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1D5332 (Size: 2617344 bytes) |
| 103 | | | | | Safari | can you get full police reports of a suicide carrollton tx | | | | Unknown | Yes | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1D5332 (Size: 2617344 bytes) |

**126011**