Searched Items (2895)

| # | Date | Time | Position | Map Address | Source | Value | Search Results | Searched In | Parameters | Origin | Account | Deleted | Tag Note | Source Extraction | Source file information | Carved | Manually decoded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/3/2020 | 9/3/2020 9:46:25 AM(UTC-5) | | | KnowledgeC | ups | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x2236670 (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 2 | 9/3/2020 | 9/3/2020 9:46:25 AM(UTC-5) | | | KnowledgeC | ups near me | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x2236670 (Table: ZOBJECT, Size: 163794944 bytes) | | |
| 3 | 9/3/2020 | 9/3/2020 9:46:21 AM(UTC-5) | | | Safari | ups | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2E7E (Table: history_visits, Size: 2785152 bytes) | | |
| 4 | 9/3/2020 | 9/3/2020 9:46:21 AM(UTC-5) | | | Safari | ups near me | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2E7E (Table: history_visits, Size: 2785152 bytes) | | |
| 5 | 9/3/2020 | 9/3/2020 9:46:20 AM(UTC-5) | | | Safari | ups | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A1FCF (Table: history_visits, Size: 2785152 bytes) | | |
| 6 | 9/3/2020 | 9/3/2020 9:46:20 AM(UTC-5) | | | Safari | ups near me | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A1FCF (Table: history_visits, Size: 2785152 bytes) | | |
| 7 | 9/3/2020 | 9/3/2020 9:46:19 AM(UTC-5) | | | Safari | notary | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2E42 (Table: history_visits, Size: 2785152 bytes) | | |
| 8 | 9/3/2020 | 9/3/2020 9:46:19 AM(UTC-5) | | | Safari | notary near me | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2E42 (Table: history_visits, Size: 2785152 bytes) | | |
| 9 | 9/3/2020 | 9/3/2020 9:46:14 AM(UTC-5) | | | Safari | notary | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2008 (Table: history_visits, Size: 2785152 bytes) | | |
| 10 | 9/3/2020 | 9/3/2020 9:46:14 AM(UTC-5) | | | Safari | notary near me | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2008 (Table: history_visits, Size: 2785152 bytes) | | |
| 11 | 9/3/2020 | 9/3/2020 9:44:45 AM(UTC-5) | | | KnowledgeC | notary | | | | Unknown | | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x2E366E1 (Table: ZOBJECT, Size: 163794944 bytes) | | |

| # | Date | Time | | | Source | Query | | | Status | | | Type | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 9/3/2020 | 9/3/2020 9:44:45 AM(UTC-5) | | | KnowledgeC | notary near me | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x2E366E1 (Table: ZOBJECT, Size: 163794944 bytes) |
| 13 | 9/3/2020 | 9/3/2020 9:44:41 AM(UTC-5) | | | Safari | notary | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2043 (Table: history_visits, Size: 2785152 bytes) |
| 14 | 9/3/2020 | 9/3/2020 9:44:41 AM(UTC-5) | | | Safari | notary near me | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2043 (Table: history_visits, Size: 2785152 bytes) |
| 15 | 9/3/2020 | 9/3/2020 9:44:40 AM(UTC-5) | | | Safari | notary | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A207F (Table: history_visits, Size: 2785152 bytes) |
| 16 | 9/3/2020 | 9/3/2020 9:44:40 AM(UTC-5) | | | Safari | notary near me | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A207F (Table: history_visits, Size: 2785152 bytes) |
| 17 | 9/3/2020 | 9/3/2020 7:40:10 AM(UTC-5) | | | KnowledgeC | Can manner of death be changed by medical ex | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x39C0791 (Table: ZOBJECT, Size: 163794944 bytes) |
| 18 | 9/3/2020 | 9/3/2020 7:40:10 AM(UTC-5) | | | KnowledgeC | can manner of death be changed by medical examiner | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x39C0791 (Table: ZOBJECT, Size: 163794944 bytes) |
| 19 | 9/3/2020 | 9/3/2020 7:39:55 AM(UTC-5) | | | KnowledgeC | Can manner of death be changed by medical ex | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x39C0DD9 (Table: ZOBJECT, Size: 163794944 bytes) |
| 20 | 9/3/2020 | 9/3/2020 7:39:55 AM(UTC-5) | | | KnowledgeC | can manner of death be changed by medical examiner | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x39C0DD9 (Table: ZOBJECT, Size: 163794944 bytes) |
| 21 | 9/3/2020 | 9/3/2020 7:39:49 AM(UTC-5) | | | Safari | Can manner of death be changed by medical ex | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A24B8 (Table: history_visits, Size: 2785152 bytes) |
| 22 | 9/3/2020 | 9/3/2020 7:39:49 AM(UTC-5) | | | Safari | can manner of death be changed by medical examiner | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A24B8 (Table: history_visits, Size: 2785152 bytes) |
| 23 | 9/3/2020 | 9/3/2020 7:39:48 AM(UTC-5) | | | Safari | Can manner of death be changed by medical ex | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2457 (Table: history_visits, Size: 2785152 bytes) |

| # | Date | Time | | | Source | Query | | | Status | | | Location | Path |
|---|------|------|---|---|--------|-------|---|---|--------|---|---|----------|------|
| 24 | 9/3/2020 | 9/3/2020 7:39:48 AM(UTC-5) | | | Safari | can manner of death be changed by medical examiner | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A2457 (Table: history_visits, Size: 2785152 bytes) |
| 25 | 9/3/2020 | 9/3/2020 7:37:30 AM(UTC-5) | | | KnowledgeC | Can police over rule medical ex | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x996C3C6 (Table: ZOBJECT, Size: 163794944 bytes) |
| 26 | 9/3/2020 | 9/3/2020 7:37:30 AM(UTC-5) | | | KnowledgeC | can police over rule medical examiner | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x996C3C6 (Table: ZOBJECT, Size: 163794944 bytes) |
| 27 | 9/3/2020 | 9/3/2020 7:37:28 AM(UTC-5) | | | Safari | Can police over rule medical ex | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A25A9 (Table: history_visits, Size: 2785152 bytes) |
| 28 | 9/3/2020 | 9/3/2020 7:37:28 AM(UTC-5) | | | Safari | can police over rule medical examiner | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A25A9 (Table: history_visits, Size: 2785152 bytes) |
| 29 | 9/3/2020 | 9/3/2020 7:37:27 AM(UTC-5) | | | Safari | Can police over rule medical ex | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A25FC (Table: history_visits, Size: 2785152 bytes) |
| 30 | 9/3/2020 | 9/3/2020 7:37:27 AM(UTC-5) | | | Safari | can police over rule medical examiner | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2A25FC (Table: history_visits, Size: 2785152 bytes) |
| 31 | 9/3/2020 | 9/3/2020 7:28:00 AM(UTC-5) | | | KnowledgeC | unemploy | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x7F8D560 (Table: ZOBJECT, Size: 163794944 bytes) |
| 32 | 9/3/2020 | 9/3/2020 7:28:00 AM(UTC-5) | | | KnowledgeC | unemployment | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x7F8D560 (Table: ZOBJECT, Size: 163794944 bytes) |
| 33 | 9/3/2020 | 9/3/2020 7:27:57 AM(UTC-5) | | | Safari | unemploy | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x28443B (Table: history_visits, Size: 2785152 bytes) |
| 34 | 9/3/2020 | 9/3/2020 7:27:57 AM(UTC-5) | | | Safari | unemployment | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x28443B (Table: history_visits, Size: 2785152 bytes) |
| 35 | 9/3/2020 | 9/3/2020 7:27:56 AM(UTC-5) | | | Safari | unemploy | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284475 (Table: history_visits, Size: 2785152 bytes) |

| # | Date | Time | | | Source | Query | | | Result | | | Type | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 9/3/2020 | 9/3/2020 7:27:56 AM(UTC-5) | | | Safari | unemployment | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284475 (Table: history_visits, Size: 2785152 bytes) |
| 37 | 9/3/2020 | 9/3/2020 7:27:56 AM(UTC-5) | | | Safari | southwest institute of forensic science IFS stand | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284068 (Table: history_visits, Size: 2785152 bytes) |
| 38 | 9/3/2020 | 9/3/2020 7:27:56 AM(UTC-5) | | | Safari | southwest institute of forensic science ifs stands for | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284068 (Table: history_visits, Size: 2785152 bytes) |
| 39 | 9/3/2020 | 9/3/2020 7:27:14 AM(UTC-5) | | | Safari | southwest institute of forensic science IFS stand | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2844B0 (Table: history_visits, Size: 2785152 bytes) |
| 40 | 9/3/2020 | 9/3/2020 7:27:14 AM(UTC-5) | | | Safari | southwest institute of forensic science ifs stands for | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2844B0 (Table: history_visits, Size: 2785152 bytes) |
| 41 | 9/3/2020 | 9/3/2020 7:27:05 AM(UTC-5) | | | KnowledgeC | southwest institute of forensic science IFS stand | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20D1538 (Table: ZOBJECT, Size: 163794944 bytes) |
| 42 | 9/3/2020 | 9/3/2020 7:27:05 AM(UTC-5) | | | KnowledgeC | southwest institute of forensic science ifs stands for | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20D1538 (Table: ZOBJECT, Size: 163794944 bytes) |
| 43 | 9/3/2020 | 9/3/2020 7:26:59 AM(UTC-5) | | | Safari | southwest institute of forensic science IFS stand | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284569 (Table: history_visits, Size: 2785152 bytes) |
| 44 | 9/3/2020 | 9/3/2020 7:26:59 AM(UTC-5) | | | Safari | southwest institute of forensic science ifs stands for | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284569 (Table: history_visits, Size: 2785152 bytes) |
| 45 | 9/3/2020 | 9/3/2020 7:26:58 AM(UTC-5) | | | Safari | southwest institute of forensic science IFS stand | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2845CE (Table: history_visits, Size: 2785152 bytes) |
| 46 | 9/3/2020 | 9/3/2020 7:26:58 AM(UTC-5) | | | Safari | southwest institute of forensic science ifs stands for | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2845CE (Table: history_visits, Size: 2785152 bytes) |
| 47 | 9/3/2020 | 9/3/2020 7:26:58 AM(UTC-5) | | | Safari | Southwest institut | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284513 (Table: history_visits, Size: 2785152 bytes) |
| 48 | 9/3/2020 | 9/3/2020 7:26:58 AM(UTC-5) | | | Safari | southwest institute of forensic science | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284513 (Table: history_visits, Size: 2785152 bytes) |

| # | Date | Timestamp | | | App | Search | | | Status | | | Source | Path |
|---|------|-----------|---|---|-----|--------|---|---|--------|---|---|--------|------|
| 49 | 9/3/2020 | 9/3/2020 7:26:46 AM(UTC-5) | | | Safari | Southwest institut | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284632 (Table: history_visits, Size: 2785152 bytes) |
| 50 | 9/3/2020 | 9/3/2020 7:26:46 AM(UTC-5) | | | Safari | southwest institute of forensic science | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284632 (Table: history_visits, Size: 2785152 bytes) |
| 51 | 9/3/2020 | 9/3/2020 7:26:40 AM(UTC-5) | | | KnowledgeC | Southwest institut | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20D1752 (Table: ZOBJECT, Size: 163794944 bytes) |
| 52 | 9/3/2020 | 9/3/2020 7:26:40 AM(UTC-5) | | | KnowledgeC | southwest institute of forensic science | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20D1752 (Table: ZOBJECT, Size: 163794944 bytes) |
| 53 | 9/3/2020 | 9/3/2020 7:26:36 AM(UTC-5) | | | Safari | Southwest institut | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284686 (Table: history_visits, Size: 2785152 bytes) |
| 54 | 9/3/2020 | 9/3/2020 7:26:36 AM(UTC-5) | | | Safari | southwest institute of forensic science | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284686 (Table: history_visits, Size: 2785152 bytes) |
| 55 | 9/3/2020 | 9/3/2020 7:26:35 AM(UTC-5) | | | Safari | Southwest institut | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2846DB (Table: history_visits, Size: 2785152 bytes) |
| 56 | 9/3/2020 | 9/3/2020 7:26:35 AM(UTC-5) | | | Safari | southwest institute of forensic science | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2846DB (Table: history_visits, Size: 2785152 bytes) |
| 57 | 9/3/2020 | 9/3/2020 7:26:35 AM(UTC-5) | | | Safari | what does ifs stand for office of medica | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284731 (Table: history_visits, Size: 2785152 bytes) |
| 58 | 9/3/2020 | 9/3/2020 7:26:35 AM(UTC-5) | | | Safari | what does ifs stand for office of medical examiners | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284731 (Table: history_visits, Size: 2785152 bytes) |
| 59 | 9/3/2020 | 9/3/2020 7:26:16 AM(UTC-5) | | | Safari | what does ifs stand for office of medica | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284793 (Table: history_visits, Size: 2785152 bytes) |
| 60 | 9/3/2020 | 9/3/2020 7:26:16 AM(UTC-5) | | | Safari | what does ifs stand for office of medical examiners | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284793 (Table: history_visits, Size: 2785152 bytes) |
| 61 | 9/3/2020 | 9/3/2020 7:26:05 AM(UTC-5) | | | KnowledgeC | what does ifs stand for office of medica | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20D1E3C (Table: ZOBJECT, Size: 163794944 bytes) |

| # | Date | Timestamp | | | Source | Query | | | | Status | | | Origin | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | 9/3/2020 | 9/3/2020 7:26:05 AM(UTC-5) | | | Knowledge C | what does ifs stand for office of medical examiners | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20D1E3C (Table: ZOBJECT, Size: 163794944 bytes) |
| 63 | 9/3/2020 | 9/3/2020 7:26:01 AM(UTC-5) | | | Safari | what does ifs stand for office of medica | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284839 (Table: history_visits, Size: 2785152 bytes) |
| 64 | 9/3/2020 | 9/3/2020 7:26:01 AM(UTC-5) | | | Safari | what does ifs stand for office of medical examiners | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284839 (Table: history_visits, Size: 2785152 bytes) |
| 65 | 9/3/2020 | 9/3/2020 7:26:00 AM(UTC-5) | | | Safari | what does ifs stand for office of medica | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x28489B (Table: history_visits, Size: 2785152 bytes) |
| 66 | 9/3/2020 | 9/3/2020 7:26:00 AM(UTC-5) | | | Safari | what does ifs stand for office of medical examiners | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x28489B (Table: history_visits, Size: 2785152 bytes) |
| 67 | 9/3/2020 | 9/3/2020 7:26:00 AM(UTC-5) | | | Safari | what does IFS | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2847F3 (Table: history_visits, Size: 2785152 bytes) |
| 68 | 9/3/2020 | 9/3/2020 7:26:00 AM(UTC-5) | | | Safari | what does ifs stand for | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2847F3 (Table: history_visits, Size: 2785152 bytes) |
| 69 | 9/3/2020 | 9/3/2020 7:25:43 AM(UTC-5) | | | Safari | what does IFS | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2848FC (Table: history_visits, Size: 2785152 bytes) |
| 70 | 9/3/2020 | 9/3/2020 7:25:43 AM(UTC-5) | | | Safari | what does ifs stand for | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2848FC (Table: history_visits, Size: 2785152 bytes) |
| 71 | 9/3/2020 | 9/3/2020 7:25:40 AM(UTC-5) | | | Knowledge C | what does IFS | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x6F2D257 (Table: ZOBJECT, Size: 163794944 bytes) |
| 72 | 9/3/2020 | 9/3/2020 7:25:40 AM(UTC-5) | | | Knowledge C | what does ifs stand for | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x6F2D257 (Table: ZOBJECT, Size: 163794944 bytes) |
| 73 | 9/3/2020 | 9/3/2020 7:25:36 AM(UTC-5) | | | Safari | what does IFS | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284980 (Table: history_visits, Size: 2785152 bytes) |
| 74 | 9/3/2020 | 9/3/2020 7:25:36 AM(UTC-5) | | | Safari | what does ifs stand for | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284980 (Table: history_visits, Size: 2785152 bytes) |

| # | Date | Timestamp | | | App | Query/Title | | | User | | Metadata | Source | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 9/3/2020 | 9/3/2020 7:25:35 AM(UTC-5) | | | Safari | what does IFS | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2849C5 (Table: history_visits, Size: 2785152 bytes) |
| 76 | 9/3/2020 | 9/3/2020 7:25:35 AM(UTC-5) | | | Safari | what does ifs stand for | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x2849C5 (Table: history_visits, Size: 2785152 bytes) |
| 77 | 9/3/2020 | 9/3/2020 7:25:35 AM(UTC-5) | | | Safari | Drug Screen (QTOF) | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284940 (Table: history_visits, Size: 2785152 bytes) |
| 78 | 9/3/2020 | 9/3/2020 7:25:21 AM(UTC-5) | | | Safari | Drug Screen (QTOF) | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284A0A (Table: history_visits, Size: 2785152 bytes) |
| 79 | 9/3/2020 | 9/3/2020 7:18:50 AM(UTC-5) | | | KnowledgeC | Drug Screen (QTOF) | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x17FF78A (Table: ZOBJECT, Size: 163794944 bytes) |
| 80 | 9/3/2020 | 9/3/2020 7:18:47 AM(UTC-5) | | | Safari | Drug Screen (QTOF) | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284A68 (Table: history_visits, Size: 2785152 bytes) |
| 81 | 9/3/2020 | 9/3/2020 7:18:46 AM(UTC-5) | | | Safari | Drug Screen (QTOF) | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284AA8 (Table: history_visits, Size: 2785152 bytes) |
| 82 | 9/3/2020 | 9/3/2020 7:13:50 AM(UTC-5) | | | KnowledgeC | James Seegan Carrolton Tx | | | Unknown | | Description: Tags: Evidence Created: 9/10/2020 12:01:23 PM Modified: 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0xE8D92C (Table: ZOBJECT, Size: 163794944 bytes) |
| 83 | 9/3/2020 | 9/3/2020 7:13:50 AM(UTC-5) | | | KnowledgeC | jim seegan carrollton tx | | | Unknown | | Description: Tags: Evidence Created: 9/10/2020 12:01:23 PM Modified: 9/10/2020 12:01:23 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0xE8D92C (Table: ZOBJECT, Size: 163794944 bytes) |
| 84 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | James Seegan Carrolton Tx | | | Unknown | | Description: Tags: Evidence Created: 9/10/2020 12:00:18 PM Modified: 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284B79 (Table: history_visits, Size: 2785152 bytes) |
| 85 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | jim seegan carrollton tx | | | Unknown | | Description: Tags: Evidence Created: 9/10/2020 12:00:18 PM Modified: 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284B79 (Table: history_visits, Size: 2785152 bytes) |
| 86 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | James Seegan Carrolton Tx | | | Unknown | | Description: Tags: Evidence Created: 9/10/2020 12:00:18 PM Modified: 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284BBF (Table: history_visits, Size: 2785152 bytes) |

| # | Date | Time | | | Source | Content | | | Status | Metadata | Type | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 9/3/2020 | 9/3/2020 7:13:43 AM(UTC-5) | | | Safari | jim seegan carrollton tx | | | Unknown | **Description:**<br>**Tags:** Evidence<br>**Created:** 9/10/2020 12:00:18 PM<br>**Modified:** 9/10/2020 12:00:18 PM | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284BBF (Table: history_visits, Size: 2785152 bytes) |
| 88 | 9/3/2020 | 9/3/2020 7:06:05 AM(UTC-5) | | | KnowledgeC | +1 (469) 900-9628 | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x8D53AFD (Table: ZOBJECT, Size: 163794944 bytes) |
| 89 | 9/3/2020 | 9/3/2020 7:06:03 AM(UTC-5) | | | Safari | +1 (469) 900-9628 | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x28439D (Table: history_visits, Size: 2785152 bytes) |
| 90 | 9/3/2020 | 9/3/2020 7:06:03 AM(UTC-5) | | | Safari | +1 (469) 900-9628 | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x284358 (Table: history_visits, Size: 2785152 bytes) |
| 91 | 9/3/2020 | 9/3/2020 5:21:00 AM(UTC-5) | | | KnowledgeC | Does acupuncture work for ulc | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x31EB21A (Table: ZOBJECT, Size: 163794944 bytes) |
| 92 | 9/3/2020 | 9/3/2020 5:21:00 AM(UTC-5) | | | KnowledgeC | does acupuncture work for ulcerative colitis | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x31EB21A (Table: ZOBJECT, Size: 163794944 bytes) |
| 93 | 9/3/2020 | 9/3/2020 5:20:57 AM(UTC-5) | | | Safari | Does acupuncture work for ulc | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6023 (Table: history_visits, Size: 2785152 bytes)<br>00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF2EC (Size: 2617344 bytes) |
| 94 | 9/3/2020 | 9/3/2020 5:20:57 AM(UTC-5) | | | Safari | does acupuncture work for ulcerative colitis | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6023 (Table: history_visits, Size: 2785152 bytes)<br>00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF2EC (Size: 2617344 bytes) |
| 95 | 9/3/2020 | 9/3/2020 5:20:56 AM(UTC-5) | | | Safari | Does acupuncture work for ulc | | | Unknown | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B607E (Table: history_visits, Size: 2785152 bytes)<br>00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF2EC (Size: 2617344 bytes) |

| # | Date | Timestamp | | | App | Query | | | | Unknown | | | Source | Path | |
|---|------|-----------|---|---|-----|-------|---|---|---|---------|---|---|--------|------|---|
| 96 | 9/3/2020 | 9/3/2020 5:20:56 AM(UTC-5) | | | Safari | does acupuncture work for ulcerative colitis | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B607E (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF2EC (Size: 2617344 bytes) | |
| 97 | 9/2/2020 | 9/2/2020 8:43:34 PM(UTC-5) | | | Safari | Lying to a detective | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6226 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF4C3 (Size: 2617344 bytes) | |
| 98 | 9/2/2020 | 9/2/2020 8:43:33 PM(UTC-5) | | | Safari | Lying to a detective | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6268 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF4C3 (Size: 2617344 bytes) | |
| 99 | 9/2/2020 | 9/2/2020 8:42:55 PM(UTC-5) | | | KnowledgeC | will police officer lie to offenders law | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x663FCE5 (Table: ZOBJECT, Size: 163794944 bytes) | |
| 100 | 9/2/2020 | 9/2/2020 8:42:55 PM(UTC-5) | | | KnowledgeC | will police officer lie to offenders lawyer | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x663FCE5 (Table: ZOBJECT, Size: 163794944 bytes) | |
| 101 | 9/2/2020 | 9/2/2020 8:42:48 PM(UTC-5) | | | Safari | will police officer lie to offenders law | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B62AB (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF562 (Size: 2617344 bytes) | |
| 102 | 9/2/2020 | 9/2/2020 8:42:48 PM(UTC-5) | | | Safari | will police officer lie to offenders lawyer | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B62AB (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF562 (Size: 2617344 bytes) | |
| 103 | 9/2/2020 | 9/2/2020 8:42:47 PM(UTC-5) | | | Safari | will police officer lie to offenders law | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6305 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF562 (Size: 2617344 bytes) | |

| # | Date | Timestamp | | | App | Query | | | Status | | | Source | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | 9/2/2020 | 9/2/2020 8:42:47 PM(UTC-5) | | | Safari | will police officer lie to offenders lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6305 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF562 (Size: 2617344 bytes) |
| 105 | 9/2/2020 | 9/2/2020 8:42:47 PM(UTC-5) | | | Safari | can a police officer lie to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B635E (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFA7A (Size: 2617344 bytes) |
| 106 | 9/2/2020 | 9/2/2020 8:42:23 PM(UTC-5) | | | Safari | can a police officer lie to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B63AE (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CF79B (Size: 2617344 bytes) |
| 107 | 9/2/2020 | 9/2/2020 8:21:45 PM(UTC-5) | | | KnowledgeC | can a police officer lie to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x3716C18 (Table: ZOBJECT, Size: 163794944 bytes) |
| 108 | 9/2/2020 | 9/2/2020 8:21:39 PM(UTC-5) | | | Safari | can a police officer lie to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6595 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFA7A (Size: 2617344 bytes) |
| 109 | 9/2/2020 | 9/2/2020 8:21:38 PM(UTC-5) | | | Safari | can a police officer lie to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B65E5 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFA7A (Size: 2617344 bytes) |
| 110 | 9/2/2020 | 9/2/2020 8:21:37 PM(UTC-5) | | | Safari | Can police officers lie to | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B654A (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFE22 (Size: 2617344 bytes) |

| # | Date | Timestamp | | | Source | Query | | | Status | | | Type | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 9/2/2020 | 9/2/2020 8:21:37 PM(UTC-5) | | | Safari | police officer lies to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B654A (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFE22 (Size: 2617344 bytes) |
| 112 | 9/2/2020 | 9/2/2020 8:20:25 PM(UTC-5) | | | Safari | Can police officers lie to | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6635 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFC05 (Size: 2617344 bytes) |
| 113 | 9/2/2020 | 9/2/2020 8:20:25 PM(UTC-5) | | | Safari | police officer lies to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6635 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFC05 (Size: 2617344 bytes) |
| 114 | 9/2/2020 | 9/2/2020 8:20:10 PM(UTC-5) | | | KnowledgeC | Can police officers lie to | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x27342B8 (Table: ZOBJECT, Size: 163794944 bytes) |
| 115 | 9/2/2020 | 9/2/2020 8:20:10 PM(UTC-5) | | | KnowledgeC | police officer lies to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x27342B8 (Table: ZOBJECT, Size: 163794944 bytes) |
| 116 | 9/2/2020 | 9/2/2020 8:20:05 PM(UTC-5) | | | Safari | Can police officers lie to | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B66C9 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFE22 (Size: 2617344 bytes) |
| 117 | 9/2/2020 | 9/2/2020 8:20:05 PM(UTC-5) | | | Safari | police officer lies to lawyer | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B66C9 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFE22 (Size: 2617344 bytes) |
| 118 | 9/2/2020 | 9/2/2020 8:20:04 PM(UTC-5) | | | Safari | Can police officers lie to | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6714 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFE22 (Size: 2617344 bytes) |

| # | Date | Time | | | App | Query | | | | Status | | | Source | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | 9/2/2020 | 9/2/2020 8:20:04 PM(UTC-5) | | | Safari | police officer lies to lawyer | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B6714 (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1CFE22 (Size: 2617344 bytes) |
| 120 | 9/2/2020 | 9/2/2020 8:20:04 PM(UTC-5) | | | Safari | FX ford 2016 wiper | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B667F (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x2270BE (Size: 2617344 bytes) |
| 121 | 9/2/2020 | 9/2/2020 8:20:04 PM(UTC-5) | | | Safari | fx ford 2016 wiper blade size | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B667F (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x2270BE (Size: 2617344 bytes) |
| 122 | 9/2/2020 | 9/2/2020 8:19:13 PM(UTC-5) | | | Safari | FX ford 2016 wiper | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B675F (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x227279 (Size: 2617344 bytes) |
| 123 | 9/2/2020 | 9/2/2020 8:19:13 PM(UTC-5) | | | Safari | fx ford 2016 wiper blade size | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db-wal : 0x1B675F (Table: history_visits, Size: 2785152 bytes) 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x227279 (Size: 2617344 bytes) |
| 124 | 9/2/2020 | 9/2/2020 6:58:50 PM(UTC-5) | | | KnowledgeC | FX ford 2016 wiper | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20DA1EB (Table: ZOBJECT, Size: 163794944 bytes) |
| 125 | 9/2/2020 | 9/2/2020 6:58:50 PM(UTC-5) | | | KnowledgeC | fx ford 2016 wiper blade size | | | | Unknown | | | File System | 00008020-001A550421F1002E_files_full.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x20DA1EB (Table: ZOBJECT, Size: 163794944 bytes) |