

**127B001**