



**Extraction Report** - Apple iOS Full File system

Cellebrite
www.cellebrite.com

## Notes (1)

| # | Time | Note | Deleted | Account | * |
|---|------|------|---------|---------|---|
| 1 | **Created:** 02/26/2020 3:21:48 PM(UTC-6) **Modified:** 04/12/2020 9:22:16 AM(UTC-5) | **Title:** Instructions: **Summary:** I have been praying that I die to let you have normalcy. If you are reading this my prays have come true. I have failed you as a husband and as friend. This will be as you say your last gut punch. I Do not want to ever work another day in your life spend t **Source:** Notes **Labels:** **Body:** Instructions: I have been praying that I die to let you have normalcy. If you are reading this my prays have come true. I have failed you as a husband and as friend. This will be as you say your last gut punch. I Do not want to ever work another day in your life spend time with the kids and love them like they deserve. Also, have me cremated ASAP. I know you think this is selfish. If me doing this protects you and the kids for life. It is worth it. The hole I am leaving will heal. The pain I have caused and will continue to cause is life long. As you tell me everyday. Go heal and be happy. It is obvious I have not done that. You should and the kids should have no more financial issues I have caused. I love you all with my entire sole and body. I have failed you guys do to my false hope to be successful. Like you state I have taken everything from you, you can now have whatever you want or need financially. I hope over 25 years I have given you some happiness. This Covid-19 has caused brought me to my tipping point. I love you guys , I think you will be better with out my STRESS I cause the family. Kyler and Kade Kyler you are the shinning light in everyday when I see you and talk to you. You will be very successful in whatever you choose . I am so proud of you . Words can not explain how proud I am of you guys. I pray I have given you some things that you will always remember. Kyler you will always be MLC T. Kade you have always made me be the best I can be. Kade you grown up to be such a amazing respectful young man. I love you more then words can express. Remember football does not define you, you have accomplished more then you will ever know. You will be a great impact in this world. My bride, I love you and have noticed your pain lately. I hope this to shall pass. I love you I can not be strong anymore. I have failed you guys. Keith Dad Daddy Call Midland National 800-843-3316 ask for claims. Give them policy numbers: Talk to Marty he is still part beneficiary he needs to release. 1505002290- 2,000,000 Brandi Beneficiary 1502799884- 1,000,000 Brandi 60% Marty 40% that was for old loan he will release. Should have already. 1502662970- 591,988- Ashley Living Trust is Beneficiary | | | 🏷 |

128A001

Call Lincoln Life - 1-800-487-1485
Policy #T105768889 1,000,000 Citizen State Bank needs to release 25%

Marty will handle all above.

Marty (214) 215-0696

Bank of America—— Do not worry about other your name is not on them. Just American National.

Call NewRez Morg company - 1 (866) 317-2347

Call Marty tell him to sell Nine Band he will help with Getting it handled.

Brandi - your mom thinks we only owe her 24 we actually owe her 129 plus 24. I had to use her other money the last two years. Tell her upon my death her accounts close out and she will receive money. You will have to give her from death proceeds.

Do not call or tell Bobby until he calls you

Get with Marty have him deal with Brewery ASAP.

It should only take 20-30 days to get death certificate once you get this get all life insurance proceeds and you should be left with 2 million , plus all bills paid off brewery house ex… . Then when you sell building and brewery you should have another 2 mil. So in total when all is said and done you should have aprox 4 mill. Use Marty he will help you handle this money. I know you will heal and so will kids. I love you guys.

Suggestions:

I have 4.5 million in death benefits.

2 million pays brewery off
500K pays house and Misc billls
Leaves you with 2 million

Once you sell brewery building for 1.7-2.0 that will bring you back to 4 million.

Sell house you have another 750K

So in about 90-120 days you should have close to 5 million.

Tell Marty you need 150,000-200K a year of income. You want liquidity . 4 mill at 5% is 200K a year. Pay cash for all kids school. Also have Bobby tell you what you have to put into our ILIT 2 million plan we set up for kids. Keep what we have do not get new policy.

You guys Deserve better , my passing will pass.

If anyone outside family that asks like . Bobby or Chad or Anyone " You do not want to talk about it" I just died unexpectedly. Please turn my phone number off after you get what you want off of it or you can keep it. However, tons of clients and people will start calling once they receive notice from parkland.
Parties:
 Source Extraction: File System
Source file:
00008020-001A550421F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D9CD7D15-A5C4-452E-A48D-62AC685A87AC/NoteStore.sqlite : 0x14D373 (Table: ZICCLOUDSYNCINGOBJECT, Size: 2826240 bytes)
00008020-001A550421F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D9CD7D15-A5C4-452E-A48D-62AC685A87AC/NoteStore.sqlite-wal : 0x17C4A8 (Table: ZICCLOUDSYNCINGOBJECT, Size: 1808712 bytes)

Instructions:

I have been praying that I die to let you have normalcy. If you are reading this my prays have come true. I have failed you as a husband and as friend.This will be as you say your last gut punch.  I Do not want to ever work another day in your life spend time with the kids and love them like they deserve. Also, have me cremated ASAP. I know you think this is selfish. If  me doing this protects you and the kids for life. It is worth it. The hole I am leaving will heal. The pain I have caused and will continue to cause is life long. As you tell me everyday.  Go heal and be happy. It is obvious I have not done that. You should and the kids should have no more financial issues I have caused. I love you all with my entire sole and body. I have failed you guys do to my false hope to be successful. Like you state I have taken everything from you , you can now have whatever you want or need financially. I hope over 25 years I have given you some happiness. This Covid-19 has caused brought me to my tipping point. I love you guys , I think you will be better with out my STRESS I cause the family.

Kyler and Kade

Kyler you are the shinning light in everyday when I see you and talk to you. You will be very successful in whatever you choose . I am so proud of you .

Words can not explain how proud I am of you guys. I pray I have given you some things that you will always remember. Kyler you will always be MLCT. Kade you have always made me be the best I can be.

Kade you grown up to be such a amazing respectful young man. I love you more then words can express. Remember football does not define you, you have accomplished more then you will ever know. You will be a great impact in this world.

My bride, I love you and have noticed your pain lately. I hope this to shall pass. I love you


I can not be strong anymore. I have failed you guys.


Keith
Dad
Daddy




Call Midland National 800-843-3316 ask for claims. Give them policy numbers:
Talk to Marty he is still part beneficiary he needs to release.
1505002290- 2,000,000 Brandi Beneficiary
1502799884- 1,000,000 Brandi 60% Marty 40% that was for old loan he will release. Should have already.
1502662970- 591,988- Ashley Living Trust is Beneficiary



Call Lincoln Life - 1-800-487-1485
Policy #T105768889 1,000,000 Citizen State Bank needs to release 25%

Marty will handle all above.

Marty (214) 215-0696




**128A003**

Bank of America—— Do not worry about other your name is not on them. Just American National.

Call NewRez Morg company - 1 (866) 317-2347


Call Marty tell him to sell Nine Band he will help with Getting it handled.


Brandi - your mom thinks we only owe her 24 we actually owe her 129 plus 24. I had to use her other money the last two years. Tell her upon my death her accounts close out and she will receive money. You will have to give her from death proceeds.

Do not call or tell Bobby until he calls you

Get with Marty have him deal with Brewery ASAP.

It should only take 20-30 days to get death certificate once you get this get all life insurance proceeds and you should be left with 2 million , plus all bills paid off brewery house ex... . Then when you sell building and brewery you should have another 2 mil. So in total when all is said and done you should have aprox 4 mill. Use Marty he will help you handle this money. I know you will heal and so will kids. I love you guys.


Suggestions:

I have 4.5 million in death benefits.

2 million pays brewery off
500K pays house and Misc billls
Leaves you with 2 million

Once you sell brewery building for 1.7-2.0 that will bring you back to 4 million.

Sell house you have another 750K

So in about 90-120 days you should have close to 5 million.

Tell Marty you need 150,000-200K a year of income. You want liquidity . 4 mill at 5% is 200K a year. Pay cash for all kids school. Also have Bobby tell you what you have to put into our ILIT 2 million plan we set up for kids. Keep what we have do not get new policy.


You guys Deserve better , my passing will pass.

If anyone outside family that asks like . Bobby or Chad or Anyone " You do not want to talk about it" I just died unexpectedly. Please turn my phone number off after you get what you want off of it or you can keep it. However, tons of clients and people will start calling once they receive notice from parkland.


**128A004**