Instructions:

I have been praying that I die to let you have normalcy. If you are reading this my prays have come true. I have failed you as a husband and as friend.This will be as you say your last gut punch.  I Do not want to ever work another day in your life spend time with the kids and love them like they deserve. Also, have me cremated ASAP. I know you think this is selfish. If  me doing this protects you and the kids for life. It is worth it. The hole I am leaving will heal. The pain I have caused and will continue to cause is life long. As you tell me everyday.  Go heal and be happy. It is obvious I have not done that. You should and the kids should have no more financial issues I have caused. I love you all with my entire sole and body. I have failed you guys do to my false hope to be successful. Like you state I have taken everything from you , you can now have whatever you want or need financially. I hope over 25 years I have given you some happiness. This Covid-19 has caused brought me to my tipping point. I love you guys , I think you will be better with out my STRESS I cause the family.

Kyler and Kade

Kyler you are the shinning light in everyday when I see you and talk to you. You will be very successful in whatever you choose . I am so proud of you .

Words can not explain how proud I am of you guys. I pray I have given you some things that you will always remember. Kyler you will always be MLCT. Kade you have always made me be the best I can be.

Kade you grown up to be such a amazing respectful young man. I love you more then words can express. Remember football does not define you, you have accomplished more then you will ever know. You will be a great impact in this world.

My bride, I love you and have noticed your pain lately. I hope this to shall pass. I love you


I can not be strong anymore. I have failed you guys.


Keith
Dad
Daddy

**128B001**