

131001



**131002**



131003



131004



**131005**



131006



131007



131008



**131009**



131010