# Paula Diaz
# January 24, 2020 @ 9:04 am
## COUNT 9





| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 708 0 | 01/24/20 15:03:09 | 0:03 | 6:30 | 19726586113 | 18008433316 | 356171099674 2815 APPLE IPHONEXS | 310410186002478 | MO | [VCORR] | [134666133;526039;-96.8909166;32.9778333;8;-1.0, 133392386;521064;-96.807495;33.013669;128;-1.0] |

Ex: 004B001

# Jennifer Jennings
# January 27, 2020 @ 10:26 am

## COUNT 12



721  01/27/20 16:22:58  0:04  7:46  19726586113  18008433316  3561710996742815  310410186002478  MO  [VCORR]  [134136855;523972;-
6                                                                                    APPLE                                    96.67326;33.093227;128;-1.0]
                                                                                    IPHONEXS

Ex: 004B002

132003

# Samantha Larsen
## February 20, 2020 @ ~12:38 pm
**COUNT 13**

