# WIRE FRAUD – COUNT 1

**Interstate & Venue**



**COUNT 1**

$150,000 - May 5, 2016
**Texas Capital Bank to
KBKK, LLC, at BB&T ending in 8725
Victim: James Seegan**

★ EDTX
★ James Seegan
★ Lumberton, NC

134001

1

# WIRE FRAUD – COUNT 1

**Wire Transfer Documentation – Ex. 55001**

```
TRN REF #: 20160505-00008216
------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                    ( Bank : 102 )

                                          SND DATE: 16/05/05
SRC:FED CALLER:                           EXT:

RPT#        AMT:150,000.00          CUR:USD                TRDR#
TEST: DUE:                   TYP:FTR/   FNDS:S CHG:DB:N CD:A COM:N CBL:N
------------------------------------------------------------------------
*DBT A/111017979                   CDT D/1440011138725/        ADV:LTR
DEBIT VAL: 16/05/05                CREDIT VAL: 16/05/05
TEXAS CAPITAL BANK, N.A.           KBKK LLC
DALLAS, TX                         1211 BOERNE CT
                                   LUCAS, TX  75002-7584
COUNTRY OF RESIDENCY: US           COUNTRY OF RESIDENCY: US
SNDR REF NUM:160505125508DIES      ORIG TO BNF INFO:
ORIG:/6112135105                   JAMES SEEGAN ACCOUNT # GFS10789
JAMES SEEGAN
2114 CANNES DRIVE
.
CARROLLTON, TX 75006-
```

134002

2

# WIRE FRAUD – COUNT 1

**Use of Funds Chart – Ex. 56A**



# WIRE FRAUD – COUNT 2

**Interstate & Venue**



**COUNT 2**

**$2,500 – March 25, 2019**
**KBKK, LLC, BB&T ending in 8725**
**to Bank of America**
**Victim: Denny Willmon**

EDTX

Lumberton, NC

134004

4

# WIRE FRAUD — COUNT 2

## Wire Transfer Documentation – Ex. 045B



# WIRE FRAUD – COUNT 3

**Interstate & Venue**



**COUNT 3**

**EDTX**

**Robert Greening**

**Lumberton, NC**

**$75,000 – February 6, 2020**
**North Dallas Bank and Trust to KBKK, LLC, at BB&T ending in 8725**
**Victim: Robert Greening**

**134006**

6

# WIRE FRAUD — COUNT 3

## Wire Transfer Documentation – Ex. 49





# WIRE FRAUD — COUNT 4

## Wire Transfer Documentation – Ex. 52B



# WIRE FRAUD – COUNT 5

**Interstate & Venue**



COUNT 5

**$12,000 – February 10, 2020**
**Chase Bank to**
**KBKK, LLC, at BB&T ending in 8725**
**Victim: Robert Greening**

EDTX

Lumberton, NC

134010

10

## Wire Transfer Documentation – Ex. 52C



134011

# WIRE FRAUD – COUNT 6

**Interstate & Venue**



**COUNT 6**

**$13,500 – February 12, 2020**
**Chase Bank to**
**KBKK, LLC, at BB&T ending in 8725**
**Victim: Robert Greening**

★ EDTX

★ Lumberton, NC

134012

WIRE FRAUD — COUNT 6

### Wire Transfer Documentation – Ex. 52D



# WIRE FRAUD – COUNT 9

**Interstate & Venue**



134014

14

# WIRE FRAUD — COUNT 9

**Venue – Ex. 004B001 and 132002**



# WIRE FRAUD – COUNTS 10-12

**Interstate & Venue**



**COUNTS 10 - 12**

EDTX

Sioux Falls, SD

**January 27, 2020 (Fax, Email & Call)**
**Midland National Life Insurance**
**Victim: James Seegan**

134016

16

# WIRE FRAUD – COUNTS 10-12

## Venue – Ex. 004B002 and 132003



134017

# WIRE FRAUD – COUNT 13

**Interstate & Venue**



**COUNT 13**

⭐ EDTX

⭐ Sioux Falls, SD

**February 20, 2020 @ 12:38 pm**
**Midland National Life Insurance**
**Samantha Larsen**
**Victim: James Seegan**

134018

# WIRE FRAUD – COUNT 13

### Venue – Ex. 004B003 and 132004



134019



# WIRE FRAUD – COUNT 14

**Interstate & Venue**

**COUNT 14**

**$20,000 – February 21, 2020**
**Texas Capital Bank to**
**KBKK, LLC, at BB&T ending in 8725**
**Victim: James Seegan**

★ EDTX
★ Seegan's Account
★ Lumberton, NC

134020

20

# WIRE FRAUD – COUNT 14

## Venue – Ex. 008A764



# MAIL FRAUD – COUNT 15



**Venue**

**COUNT 15**

EDTX

Sioux Falls, SD

**January 29, 2020 (Letter Mailed)**
**Midland National Life Insurance to**
**James Seegan and Keith Ashley**
**Victim: James Seegan**

134022

22

# MAIL FRAUD – COUNT 15

## Mailed Letter – Ex. 76



**MIDLAND NATIONAL®**
Life Insurance Company

*21850*

January 29, 2020

JAMES E SEEGAN
2114 CANNES DR
CARROLLTON, TX 75006-2923

Re: POLICY NUMBER: 1505080593 INSURED: James E Seegan

Dear James E Seegan:

Thank you for your recent request to change your beneficiary designation for the above listed policy.

Enclosed you will find the endorsement reflecting your requested change. Please keep this information with your policy. All previous designations have been removed and the proceeds of this policy at the time of a claim will be paid as directed on this endorsement.

To learn more about how we use and protect your information please refer to our privacy policies, which can be found at MidlandNational.com/privacy.

Please contact the Claims Department toll free at 800-923-3223 with any questions. Our service professionals are happy to assist you Monday through Thursday from 7:30 am to 5:00 pm CST and Friday from 7:30 am to 12:30 pm CST.

Sincerely,

Claims Department
Midland National

CC: file & KEITH T ASHLEY

134023

23

# MAIL FRAUD – COUNT 15

## Venue – Ex. 029A861



# MAIL FRAUD – COUNT 16



**Venue**

**COUNT 16**

EDTX

SWIFS

**May 20, 2020 (Letter Mailed)**
**SWIFS mails James Seegan's autopsy**
**to Paul Villarreal**
**Victim: James Seegan**

134025

25

# MAIL FRAUD – COUNT 16

**Mailed Letter & Receipt – Ex. 109011 - 109012**



134026

# MAIL FRAUD – COUNT 16

## Venue – Ex. 098001 - 098004






134027

# CARRY/POSSESS FIREARM – COUNT 18

**Venue**

**COUNT 18**



**February 19, 2020**
**Keith Ashley carries/possesses in furtherance a firearm to James Seegan's residence**
**Victim: James Seegan**

★ EDTX

★ Seegan's Residence

134028

28



# ATTEMPTED BANK THEFT – COUNT 19



**Venue**

**COUNT 19**

★ EDTX
★ Texas Capital Bank

**February 21, 2020 @ 7:11 a.m.**
**Keith Ashley attempts to take**
**$20,000 from James Seegan's**
**Texas Capital Bank account**
**Victim: James Seegan**

134030

30

# BANK THEFT – COUNT 19



**Venue**

COUNT 19

**$20,000 – February 21, 2020**
**Keith Ashley takes $20,000 from**
**James Seegan's**
**Texas Capital Bank account**
**Victim: James Seegan**

EDTX

Seegan's Account

134031

31

# BANK THEFT – COUNT 19

## Venue – Ex. 008A764



134032

Interstate & Venue

COUNT 20

★ EDTX

★ Sioux Falls, SD

**February 27, 2018 @ 11:22 am**
**Midland National Life Insurance**
**Cindy Norquist**
**Victim: Paul Villarreal**

134033

33

# ATTEMPTED WIRE FRAUD – COUNT 20

**Ex. 118C001 and 118A003**



From: 'Nordquist, Cindy' [CNordquist@sfgmembers.com]

To: "Ashley, Keith - Agent (0YR6)" CC: MN NB Ephesoft Image Only

Sent : Tue Feb 27 11:25:51 CST 2018

Subject: RE: Update 1505145764

Good Morning!

Thank you for the email. I have updated the premium to $1,750.00 quarterly.

Thank you for your business!

Cindy Nordquist | Consultant | New Business
Midland National® Life Insurance Company
One Sammons Plaza | Sioux Falls, SD 57193
Phone: 877 526 1523 Extension 32441 | Fax : 877 212 1703
cnordquist@sfgmembers.com | www.MidlandNational.com

-----Original Message-----
From: Keith Ashley [mailto:keith@northtexasmoney.com]
Sent: Tuesday, February 27, 2018 8:56 AM
To: Nordquist, Cindy
Subject: Update 1505145764

Cindy,

This Client will be paying 7K annually not quarterly.
Sorry for confusion.

Keith Ashley
Securities offered through Parkland Securities, LLC, member FINRA/SIPC.

118C001

134034



118A003

34